UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ESTATE OF AMON PAUL CARLOCK, JR., Deceased, by Mary L. Andreatta-Carlock, Executor, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| SANGAMON COUNTY; SANGAMON COUNTY SHERIFF'S DEPARTMENT; SANGAMON COUNTY JAIL; NEIL WILLIAMSON, SHERIFF OF SANGAMON COUNTY; TERRY DURR, SUPERINTENDENT OF SANGAMON COUNTY JAIL; RON BECKNER, ADMINISTRATOR OF SANGAMON COUNTY JAIL; OFFICERS TODD GUY, KEVIN FURLONG, CAIN, SGT. HUDGENS; AND OTHER UNIDENTIFIED SANGAMON COUNTY CORRECTIONAL OFFICERS; LEE ANN BRAUER, R.N.; L. RAMSEY, LPN; N. WEST, LPN; AND OTHER UNIDENTIFIED MEDICAL PERSONNEL, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 08-3075<br>)<br>) Judge Jeanne E. Scott<br>)<br>) Magistrate Judge Charles H. Evans |
| Defendants. | ) |

## DESIGNATION OF LEAD COUNSEL

NOW COME the Defendants, SANGAMON COUNTY; SANGAMON COUNTY SHERIFF'S DEPARTMENT; SANGAMON COUNTY JAIL; NEIL WILLIAMSON, SHERIFF OF SANGAMON COUNTY; TERRY DURR, SUPERINTENDENT OF SANGAMON COUNTY JAIL; RON BECKNER, ADMINISTRATOR OF SANGAMON COUNTY JAIL; OFFICERS TODD GUY, KEVIN FURLONG, CAIN, SGT. HUDGENS; LEE ANN BRAUER, R.N.; LADORISE RAMSEY, LPN; and NICEY WEST, LPN; by and through their attorney, D. Bradley Blodgett of Hinshaw & Culbertson LLP, and designates D. Bradley Blodgett as lead

counsel for the Defendants and who will be the attorney who will be responsible for receipt of telephone conference calls in this case.

| | |
|---|---|
| Dated: June 2, 2008 | /s/ D. Bradley Blodgett<br>dblodgett@hinshawlaw.com<br>J. William Roberts<br>broberts@hinshawlaw.com<br>Andrew M. Ramage<br>aramage@hinshawlaw.com<br>HINSHAW & CULBERTSON LLP<br>400 South Ninth Street, Suite 200<br>Springfield, IL 62701<br>Telephone: 217-528-7375<br>Facsimile: 217-528-0075<br>Attorneys for Defendants Sangamon County, Sangamon County Sheriff's Department, Sheriff Neil Williamson, Superintendent Terry Durr, Ron Beckner, Officers Todd Guy, Kevin Furlong, Candice Cain, Ron Hudgins, Lee Anne Brauer, RN; Ladorise Ramsey, LPN, and Nicey West, LPN |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2008, I electronically filed the foregoing DESIGNATION OF LEAD COUNSEL with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

**Jon D. Robinson**             Email: jrobinson@brelaw.com

**Sharon D. Elvidge-Kelley**    Email: shalaw@ameritech.net

and I hereby certify that on June_____, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

NONE

/s/D. Bradley Blodgett
dblodgett@hinshawlaw.com
HINSHAW & CULBERTSON LLP
400 South Ninth Street, Suite 200
Springfield, IL 62701
Telephone: 217-528-7375
Facsimile: 217-528-0075
Attorneys for Defendants Sangamon County, Sangamon County Sheriff's Department, Sheriff Neil Williamson, Superintendent Terry Durr, Ron Beckner, Officers Todd Guy, Kevin Furlong, Candice Cain, Ron Hudgins, Lee Anne Brauer, RN; Ladorise Ramsey, LPN, and Nicey West, LPN

60174564v1 884755