UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ESTATE OF AMON PAUL CARLOCK, JR., Deceased, by Mary L. Andreatta-Carlock, Executor, <br><br> Plaintiff, <br><br> v. <br><br> SANGAMON COUNTY; SANGAMON COUNTY SHERIFF'S DEPARTMENT; SANGAMON COUNTY JAIL; NEIL WILLIAMSON, SHERIFF OF SANGAMON COUNTY; TERRY DURR, SUPERINTENDENT OF SANGAMON COUNTY JAIL; RON BECKNER, ADMINISTRATOR OF SANGAMON COUNTY JAIL; OFFICERS TODD GUY, KEVIN FURLONG, CAIN, SGT. HUDGENS; AND OTHER UNIDENTIFIED SANGAMON COUNTY CORRECTIONAL OFFICERS; LEE ANN BRAUER, R.N.; L. RAMSEY, LPN; N. WEST, LPN; AND OTHER UNIDENTIFIED MEDICAL PERSONNEL, <br><br> Defendants. | Case No.: 08-3075 |

## CERTIFICATE OF INTEREST

The undersigned counsel of record for Defendants, SANGAMON COUNTY; SANGAMON COUNTY SHERIFF'S DEPARTMENT; SANGAMON COUNTY JAIL; NEIL WILLIAMSON, SHERIFF OF SANGAMON COUNTY; TERRY DURR, SUPERINTENDENT OF SANGAMON COUNTY JAIL; RON BECKNER, ADMINISTRATOR OF SANGAMON COUNTY JAIL; OFFICERS TODD GUY, KEVIN FURLONG, CANDICE CAIN, SGT. RON HUDGINS; LEE ANN BRAUER, R.N.; LADORISE RAMSEY, LPN; and NICEY WEST, LPN furnishes the following in compliance with Rule 11.3 of this Court:

60174568v1 884755

(1)    The full name of every party or amicus the attorney represents in the case: **Sangamon County; Sangamon County Sheriff's Department; Sangamon County Jail; Neil Williamson, Sheriff Of Sangamon County; Terry Durr, Superintendent Of Sangamon County Jail; Ron Beckner, Administrator Of Sangamon County Jail; Officers Todd Guy, Kevin Furlong, Candice Cain, Sgt. Ron Hudgins; Lee Ann Brauer, R.N.; Ladorise Ramsey, LPN; and Nicey West, LPN.**

(2)    If such party or amicus is a corporation:  **Sangamon County is a municipal corporation.**

(3)    The name of all law firms whose partners or associates appear for a party or who expect to appear for a party in the case:  **Hinshaw & Culbertson LLP.**

| | |
|---|---|
| Dated: June 2, 2008 | /s/ D. Bradley Blodgett<br>dblodgett@hinshawlaw.com<br>J. William Roberts<br>broberts@hinshawlaw.com<br>Andrew M. Ramage<br>aramage@hinshawlaw.com<br>HINSHAW & CULBERTSON LLP<br>400 South Ninth Street, Suite 200<br>Springfield, IL 62701<br>Telephone: 217-528-7375<br>Facsimile: 217-528-0075<br>Attorneys for Defendants Sangamon County, Sangamon County Sheriff's Department, Sheriff Neil Williamson, Superintendent Terry Durr, Ron Beckner, Officers Todd Guy, Kevin Furlong, Candice Cain, Ron Hudgins, Lee Anne Brauer, RN; Ladorise Ramsey, LPN, and  Nicey West, LPN |

60174568v1 884755

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2008, I electronically filed the foregoing DESIGNATION OF LEAD COUNSEL with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

**Jon D. Robinson**             Email: jrobinson@brelaw.com

**Sharon D. Elvidge-Kelley**    Email: shalaw@ameritech.net

and I hereby certify that on June____, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

NONE

/s/D. Bradley Blodgett
dblodgett@hinshawlaw.com
HINSHAW & CULBERTSON LLP
400 South Ninth Street, Suite 200
Springfield, IL 62701
Telephone: 217-528-7375
Facsimile: 217-528-0075
Attorneys for Defendants Sangamon County, Sangamon County Sheriff's Department, Sheriff Neil Williamson, Superintendent Terry Durr, Ron Beckner, Officers Todd Guy, Kevin Furlong, Candice Cain, Ron Hudgins, Lee Anne Brauer, RN; Ladorise Ramsey, LPN, and Nicey West, LPN

60174568v1 884755