UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ESTATE OF AMON PAUL CARLOCK, JR., deceased By Mary L. Andreatta-Carlock, Executor, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| SANGAMON COUNTY; SANGAMON COUNTY SHERIFF'S DEPARTMENT; SANGAMON COUNTY JAIL; NEIL WILLIAMSON, SHERIFF OF SANGAMON COUNTY; TERRY DURR, SUPERINTENDENT OF SANGAMON COUNTY JAIL, RON BECKNER, ADMINISTRATOR OF SANGAMON COUNTY JAIL; OFFICERS TODD GUY; KEVIN FURLONG; CAIN; SGT. HUDGENS; AND OTHER UNIDENTIFIED SANGAMON COUNTY CORRECTIONAL OFFICERS; LEE ANNE BRAUER, RN; L. RAMSEY, LPN; N. WEST, LPN; AND OTHER UNIDENTIFIED MEDICAL PERSONNEL, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.: 08-3075 Judge Jeanne E. Scott Magistrate Judge Charles H. Evans |
| Defendants. | ) |

## DEFENDANTS' CERTIFICATE OF COMPLIANCE

Defendants, SANGAMON COUNTY, SANGAMON COUNTY SHERIFF'S DEPARTMENT, NEIL WILLIAMSON, Sheriff of Sangamon County, TERRY DURR, Superintendent Of Sangamon County Jail, RON BECKNER, Correctional Officers TODD GUY, KEVIN FURLONG, CANDICE CAIN; SGT. RON HUDGINS; LEE ANNE BRAUER, RN; LADORISE RAMSEY, LPN, and NICEY WEST, LPN submit the following Certificate of Compliance in Support of Their Memorandum of Law in Support of Motion to Dismiss.

60174865v1 884755

1. CDIL-LR 7.1(B)(4)(a) provides that memoranda in support of motions shall be double spaced and shall not exceed 15 pages in length, unless they comply with the following type volume limitation. Memoranda that exceed 15 pages in length will comply with a type volume limitation if they do not contain more than 7,000 words or 45,000 characters. The certificate of compliance must state the number of words, characters or lines of type in the memorandum. The person who prepares this Certificate of Compliance may rely on the word or character count of the word processing system used to prepare the document. CDIL-LR(B)(4)(b).

2. The Memorandum of Law in Support of Defendants' Motion to Dismiss is 20 pages, but it contains <u>only</u> 5,446 words and 29,372 characters, thus complying with CDIL-LR 7.1(B)(4).

<u>/s/Andrew M. Ramage</u>
J. William Roberts
broberts@hinshawlaw.com
D. Bradley Blodgett
bblodgett@hinshawlaw.com
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL 62701
Phone: 217-528-7375
Fax: 217-528-0075
E-mail: aramage@hinshawlaw.com
Ramage Attorney Bar No. 6256554
Attorneys for Defendants Sangamon County, Sangamon County Sheriff's Department, Neil Williamson, Terry Durr, Ron Beckner, Correctional Officers Beckner, Todd Guy, Kevin Furlong, Candice Cain, Sgt. Ron Hudgins, Lee Anne Brauer, RN, Ladorise Ramsey, LPN and Nicey West, LPN

# CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2008, I caused to be electronically filed DEFENDANTS' CERTIFICATE OF COMPLIANCE with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

**Jon D. Robinson**              Email: jrobinson@brelaw.com

**Sharon D. Elvidge Kelley**     Email: shalaw@ameritech.net

and I hereby certify that on June_____, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

NONE

/s/Andrew M. Ramage
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL 62701
Phone: 217-528-7375
Fax: 217-528-0075
E-mail: aramage@hinshawlaw.com
Attorney Bar No. 6256554
Attorney for Defendants Sangamon County, Sangamon County Sheriff's Department, Neil Williamson, Terry Durr, Ron Beckner, Correctional Officers Beckner, Todd Guy, Kevin Furlong, Candice Cain, Sgt. Ron Hudgins, Lee Anne Brauer, RN, Ladorise Ramsey, LPN and Nicey West, LPN

60174865v1 884755