IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILLINOIS

| | |
|---|---|
| Estate of AMON PAUL CARLOCK, deceased By Mary L. Andreatta-Carlock, Executor,<br><br>                              Plaintiff<br>vs.<br><br>SANGAMON COUNTY, SANGAMON COUNTY SHERIFF'S DEPARTMENT -- SANGAMON COUNTY JAIL, NEIL WILLIAMSON, SHERIFF OF SANGAMON COUNTY, TERRY DURR, SUPERINTENDENT OF SANGAMON COUNTY JAIL, RON BECKNER, ADMINISTRATOR, SANGAMON COUNTY JAIL, OFFICERS TODD GUY, KEVIN FURLONG, LT. CAIN, SGT. HUDGENS AND OTHER UNIDENTIFIED SANGAMON COUNTY CORRECTIONAL OFFICERS, LEE ANNE BRAUER, RN, L. RAMSEY, LPN, N. WEST, LPN AND OTHER UNIDENTIFIED MEDICAL PERSONNEL<br><br>                              Defendants. | )<br>)<br>)<br>)<br>)<br>)  No. 3:08-cv-03075<br>)<br>)  Judge Jeanne E. Scott<br>)<br>)  Magistrate Judge<br>)    Charles H. Evans<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

BRIEF IN SUPPORT OF PLAINTIFF'S
MOTION FOR LEAVE TO AMEND COMPLAINT
AND TO ADD DEFENDANT PARTIES

NOW COMES Plaintiff and for her Brief in Support of Plaintiff's Motion for Leave to Amend Complaint and to Add Defendant Parties, states:

1. Plaintiff has moved, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, for leave to file an amended supplemental complaint.

2. This amended complaint would consolidate and solidify claims made in the original Complaint, as well as name additional individual Defendants whose identities have been discovered since the filing of the original complaint.

3. Under Fed. R. Civ. P. 15(a), a party may amend a pleading as of right before a responsive pleading has been filed as to original complaint, which is the case here. A Motion to Dismiss is not considered a responsive pleading. *Fed. R. Civ. P. 15(a)*.

4. Plaintiff has discussed requesting leave to amend the Complaint with Defendants' lead counsel, Andrew M. Ramage, and said counsel has indicated he would not object to Plaintiff's request for leave to amend.

5. Plaintiff has also requested, pursuant to Rule 20(a) of the Federal Rules of Civil Procedure, and in conjunction with Rule 15, leave to add additional Defendants.

6. Fed. R. Civ. P. Rule 20(a) states, in pertinent part, "a proposed amended pleading to add a party must meet with the requirements of both Rules 15 and 20." *Fed. R. Civ. P. 20(a)*. Rule 20(a) encourages joinder of parties to promote judicial economy, so long as the parties are "interested in claims that arise out of the same transaction or occurrence, or series of transactions or occurrences" and that the parties joined "share in common at least one question of law or fact." *Id.*.

7. Plaintiff has probable cause to believe that all specifically named Defendants in the proposed First Amended Complaint were directly involved in the death of Amon Paul Carlock, Jr., and therefore the claims against them "arise out of the same transaction or occurrence." And, in relation to that occurrence, all named Defendants do "share in common at least one question of law or fact." *Id.*

8. Accordingly, Plaintiff respectfully requests the Court to grant Plaintiff leave to add Defendants, Officer Kane, Officer Amber Green, Officer Powell, Officer Kirby and Anthony Sacco.

Respectfully Submitted,

Estate of AMON PAUL CARLOCK, JR., deceased
By Mary L. Andreatta-Carlock, Executor, Plaintiff

By /s/Jon D. Robinson
_____
Jon D. Robinson ARDC No. 2356678
BOLEN ROBINSON & ELLIS, LLP
202 South Franklin, 2nd Floor
Decatur, Illinois 62523
Telephone: 217-429-4296
Fax: 217-329-0034
E-mail: jrobinson@brelaw.com


By /s/Sharon D. Elvidge Kelley
_____
Sharon D. Elvidge Kelley ARDC No. 06193792
ELVIDGE KELLEY & SCHMIDT
217 East Monroe Street, Suite 102
Springfield, Illinois 62701
Telephone: 217-535-1000
Fax: 217-535-1055
E-mail: shalaw@ameritech.net

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2008, I caused to be electronically filed Plaintiff's **BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT AND TO ADD DEFENDANT PARTIES** with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

| | |
|---|---|
| Andrew M. Ramage | aramage@hinshawlaw.com |
| J. William Roberts | broberts@hinshawlaw.com |
| D. Bradley Blodgett | bblodgett@hinshawlaw.com |

and I hereby certify that on June13, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

NONE

/s/ Jon D. Robinson
Jon D. Robinson ARDC No. 2356678
BOLEN ROBINSON & ELLIS, LLP
202 South Franklin, 2nd Floor
Decatur, Illinois 62523
Telephone: 217-429-4296
Fax: 217-329-0034
E-mail: jrobinson@brelaw.com
Attorney for Estate of AMON PAUL CARLOCK, JR., deceased By Mary L. Andreatta-Carlock, Executor, Plaintiff