UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ESTATE OF AMON PAUL CARLOCK, JR., deceased By Mary L. Andretta-Carlock, Executor,<br><br>Plaintiff,<br><br>v.<br><br>SANGAMON COUNTY; SANGAMON COUNTY SHERIFF'S DEPARTMENT; SANGAMON COUNTY JAIL; NEIL WILLIAMSON, SHERIFF OF SANGAMON COUNTY; TERRY DURR, SUPERINTENDENT OF SANGAMON COUNTY JAIL, RON BECKNER, ADMINISTRATOR OF SANGAMON COUNTY JAIL; OFFICERS TODD GUY; KEVIN FURLONG; CAIN; SGT. HUDGENS; AND OTHER UNIDENTIFIED SANGAMON COUNTY CORRECTIONAL OFFICERS; LEE ANNE BRAUER, RN; L. RAMSEY, LPN; N. WEST, LPN; AND OTHER UNIDENTIFIED MEDICAL PERSONNEL,<br><br>Defendants. | Case No.: 08-3075<br><br>Judge Jeanne E. Scott<br><br>Magistrate Judge Charles H. Evans |

## **DEFENDANTS' MOTION TO STRIKE DOCUMENT #4**

Defendants, SANGAMON COUNTY, SANGAMON COUNTY SHERIFF'S DEPARTMENT, NEIL WILLIAMSON, Sheriff of Sangamon County, TERRY DURR, Superintendent Of Sangamon County Jail, RON BECKNER, Correctional Officers TODD GUY, KEVIN FURLONG, CANDICE CAIN; SGT. RON HUDGINS; LEE ANNE BRAUER, RN; LADORISE RAMSEY, LPN, and NICEY WEST, LPN, by and through their attorneys, HINSHAW & CULBERTSON LLP, for their Motion To Strike, state as follows:

1.      On June 2, 2008, defendants filed a Designation of Lead Counsel (Doc. #4).

60175360v1 884755

2. Andrew M. Ramage filed document #4 on behalf of D. Bradley Blodgett and, in so doing, was designated lead counsel, when in fact D. Bradley Blodgett is lead counsel for the above listed defendants.

3. Upon receiving a ruling by the Court striking Document #4, D. Bradley Blodgett will file a new Designation of Lead Counsel.

4. Plaintiff will not be harmed in striking Document #4.

WHEREFORE, for the above and foregoing reasons, defendants pray that this honorable Court allow their Motion to Strike Document #4 (Designation of Lead Counsel) to be stricken and to allow a new Designation of Lead Counsel to be filed.

June 18, 2008

>D. Bradley Blodgett
>bblodgett@hinshawlaw.com
>Andrew M. Ramage
>/s/Andrew M. Ramage
>J. William Roberts
>broberts@hinshawlaw.com
>Hinshaw & Culbertson LLP
>400 S. 9th St., Suite 200
>Springfield, IL 62701
>Phone: 217-528-7375
>Fax: 217-528-0075
>E-mail: aramage@hinshawlaw.com
>Ramage Attorney Bar No. 6256554
>Attorneys for Defendants Sangamon County, Sangamon County Sheriff's Department, Neil Williamson, Terry Durr, Ron Beckner, Correctional Officers Beckner, Todd Guy, Kevin Furlong, Candice Cain, Sgt. Ron Hudgins, Lee Anne Brauer, RN, Ladorise Ramsey, LPN and Nicey West, LPN

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 18, 2008, I caused to be electronically filed DEFENDANTS' MOTION TO DISMISS with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

**Jon D Robinson**                      Email: jrobinson@brelaw.com

**Sharon D Elvidge Kelley**         Email: shalaw@ameritech.net

and I hereby certify that on June_____, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

NONE

                                             /s/Andrew M. Ramage
                                             Hinshaw & Culbertson LLP
                                             400 S. 9th St., Suite 200
                                             Springfield, IL 62701
                                             Phone: 217-528-7375
                                             Fax: 217-528-0075
                                             E-mail: aramage@hinshawlaw.com
                                             Attorney Bar No. 6256554
                                             Attorney for Defendants Sangamon County, Sangamon County Sheriff's Department, Neil Williamson, Terry Durr, Ron Beckner, Correctional Officers Beckner, Todd Guy, Kevin Furlong, Candice Cain, Sgt. Ron Hudgins, Lee Anne Brauer, RN, Ladorise Ramsey, LPN and Nicey West, LPN

60175360v1 884755