UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ESTATE OF AMON PAUL CARLOCK, JR., Deceased, by Mary L. Andreatta-Carlock, Executor,<br><br>        Plaintiff,<br><br>v.<br><br>SANGAMON COUNTY; SANGAMON COUNTY SHERIFF'S DEPARTMENT; SANGAMON COUNTY JAIL; NEIL WILLIAMSON, SHERIFF OF SANGAMON COUNTY; TERRY DURR, SUPERINTENDENT OF SANGAMON COUNTY JAIL; RON BECKNER, ADMINISTRATOR OF SANGAMON COUNTY JAIL; OFFICERS TODD GUY, KEVIN FURLONG, CAIN, SGT. HUDGENS; AND OTHER UNIDENTIFIED SANGAMON COUNTY CORRECTIONAL OFFICERS; LEE ANN BRAUER, R.N.; L. RAMSEY, LPN; N. WEST, LPN; AND OTHER UNIDENTIFIED MEDICAL PERSONNEL,<br><br>        Defendants. | Case No.: 08-3075 |

## NOTICE OF APPEARANCE OF J. WILLIAM ROBERTS

COMES NOW J. WIlliam Roberts, of HINSHAW & CULBERTSON LLP, and hereby enters his Appearance on behalf of Defendants SANGAMON COUNTY; SANGAMON COUNTY SHERIFF'S DEPARTMENT; SANGAMON COUNTY JAIL; NEIL WILLIAMSON, SHERIFF OF SANGAMON COUNTY; TERRY DURR, SUPERINTENDENT OF SANGAMON COUNTY JAIL; RON BECKNER, ADMINISTRATOR OF SANGAMON COUNTY JAIL; OFFICERS TODD GUY, KEVIN FURLONG, CAIN, SGT. HUDGENS; LEE ANN BRAUER, R.N.; LADORISE RAMSEY, LPN; and NICEY WEST, LPN, in the above-captioned matter.

**A JURY TRIAL IS DEMANDED.**

60175363v1 884755

| | |
|---|---|
| Dated: June 18, 2008 | /s/ D. Bradley Blodgett<br>dblodgett@hinshawlaw.com<br><u>J. William Roberts</u><br>broberts@hinshawlaw.com<br><u>Andrew M. Ramage</u><br>aramage@hinshawlaw.com<br>HINSHAW & CULBERTSON LLP<br>400 South Ninth Street, Suite 200<br>Springfield, IL 62701<br>Telephone: 217-528-7375<br>Facsimile: 217-528-0075<br>Attorneys for Defendants Sangamon County, Sangamon County Sheriff's Department, Sheriff Neil Williamson, Superintendent Terry Durr, Ron Beckner, Officers Todd Guy, Kevin Furlong, Candice Cain, Ron Hudgins, Lee Anne Brauer, RN; Ladorise Ramsey, LPN, and Nicey West, LPN |

60175363v1 884755

## CERTIFICATE OF SERVICE

    I hereby certify that on June 18, 2008, I electronically filed the foregoing NOTICE OF APPEARANCE OF J. WILLIAM ROBERTS with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

**Jon D. Robinson**        Email: jrobinson@brelaw.com

**Sharon D. Elvidge-Kelley**        Email: shalaw@ameritech.net

and I hereby certify that on June____, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

NONE

    /s/D. Bradley Blodgett
    dblodgett@hinshawlaw.com
    HINSHAW & CULBERTSON LLP
    400 South Ninth Street, Suite 200
    Springfield, IL 62701
    Telephone: 217-528-7375
    Facsimile: 217-528-0075
    Attorneys for Defendants Sangamon County, Sangamon County Sheriff's Department, Sheriff Neil Williamson, Superintendent Terry Durr, Ron Beckner, Officers Todd Guy, Kevin Furlong, Candice Cain, Ron Hudgins, Lee Anne Brauer, RN; Ladorise Ramsey, LPN, and Nicey West, LPN

60175363v1 884755