UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ESTATE OF AMON PAUL CARLOCK, JR., deceased By Mary L. Andretta-Carlock, Executor,<br><br>Plaintiff,<br><br>v.<br><br>SANGAMON COUNTY; SANGAMON COUNTY SHERIFF'S DEPARTMENT; SANGAMON COUNTY JAIL; NEIL WILLIAMSON, SHERIFF OF SANGAMON COUNTY; TERRY DURR, SUPERINTENDENT OF SANGAMON COUNTY JAIL, RON BECKNER, ADMINISTRATOR OF SANGAMON COUNTY JAIL; OFFICERS TODD GUY; KEVIN FURLONG; CAIN; SGT. HUDGENS; AND OTHER UNIDENTIFIED SANGAMON COUNTY CORRECTIONAL OFFICERS; LEE ANNE BRAUER, RN; L. RAMSEY, LPN; N. WEST, LPN; AND OTHER UNIDENTIFIED MEDICAL PERSONNEL,<br><br>Defendants. | Case No.: 08-3075<br><br>Judge Jeanne E. Scott<br><br>Magistrate Judge Charles H. Evans |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO RESPOND TO FIRST AMENDED COMPLAINT**

NOW COME the defendants, SANGAMON COUNTY, SANGAMON COUNTY SHERIFF'S DEPARTMENT, NEIL WILLIAMSON, Sheriff of Sangamon County, TERRY DURR, Superintendent Of Sangamon County Jail, RON BECKNER, Correctional Officers TODD GUY, KEVIN FURLONG, CANDICE CAIN; SGT. RON HUDGINS; LEE ANNE BRAUER, RN; LADORISE RAMSEY, LPN, and NICEY WEST, LPN, by and through their attorneys, HINSHAW & CULBERTSON LLP, and move for additional time to respond to Plaintiff's First Amended Complaint for the following reasons:

1. In the text order of June 17th, 2008 (Doc. #9), it was provided that the Plaintiff was directed to file the proposed First Amended Complaint (with added parties) by June 23,

60175402v1 884755

2008.  The defendants were directed to respond to the First Amended Complaint by July 8, 2008.  There are twelve separate defendants and the attorneys for the defendants must meet with the twelve, or appropriate representatives of the twelve, at different times to review the new provisions of the First Amended Complaint, and determine the appropriate response for each defendant.

2. The time of year involved is a time when the defendants and their attorneys will be taking vacations, and scheduling these meetings will take some time.  For this reason, the Defendants move that the Court grant them an extension of time to and including July 23, 2008 to respond to the First Amended Complaint.

3. The attorneys for the Plaintiff object to this motion

June 19, 2008

D. Bradley Blodgett
bblodgett@hinshawlaw.com
Andrew M. Ramage
/s/Andrew M. Ramage
J. William Roberts
broberts@hinshawlaw.com
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL 62701
Phone: 217-528-7375
Fax: 217-528-0075
E-mail: aramage@hinshawlaw.com
Ramage Attorney Bar No. 6256554
Attorneys for Defendants Sangamon County, Sangamon County Sheriff's Department, Neil Williamson, Terry Durr, Ron Beckner, Correctional Officers Beckner, Todd Guy, Kevin Furlong, Candice Cain, Sgt. Ron Hudgins, Lee Anne Brauer, RN, Ladorise Ramsey, LPN and Nicey West, LPN

## CERTIFICATE OF SERVICE

    I hereby certify that on June 19, 2008, I caused to be electronically filed DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

**Jon D Robinson**                          Email: jrobinson@brelaw.com

**Sharon D Elvidge Kelley**         Email: shalaw@ameritech.net

and I hereby certify that on June_____, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

NONE

                                            /s/Andrew M. Ramage
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL 62701
Phone: 217-528-7375
Fax: 217-528-0075
E-mail: aramage@hinshawlaw.com
Attorney Bar No. 6256554
Attorney for Defendants Sangamon County, Sangamon County Sheriff's Department, Neil Williamson, Terry Durr, Ron Beckner, Correctional Officers Beckner, Todd Guy, Kevin Furlong, Candice Cain, Sgt. Ron Hudgins, Lee Anne Brauer, RN, Ladorise Ramsey, LPN and Nicey West, LPN

60175402v1 884755