UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ESTATE OF AMON PAUL CARLOCK, JR., deceased By Mary L. Andretta-Carlock, Executor, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| SANGAMON COUNTY; SANGAMON COUNTY SHERIFF'S DEPARTMENT; SANGAMON COUNTY JAIL; NEIL WILLIAMSON, SHERIFF OF SANGAMON COUNTY; TERRY DURR, SUPERINTENDENT OF SANGAMON COUNTY JAIL, RON BECKNER, ADMINISTRATOR OF SANGAMON COUNTY JAIL; OFFICERS TODD GUY; KEVIN FURLONG; CAIN; SGT. HUDGENS; AND OTHER UNIDENTIFIED SANGAMON COUNTY CORRECTIONAL OFFICERS; LEE ANNE BRAUER, RN; L. RAMSEY, LPN; N. WEST, LPN; AND OTHER UNIDENTIFIED MEDICAL PERSONNEL, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 08-3075<br><br>Judge Jeanne E. Scott<br><br>Magistrate Judge Charles H. Evans |
| Defendants. | ) ) | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS'  MOTION FOR
EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

NOW COME the Defendants, SANGAMON COUNTY, SANGAMON COUNTY

SHERIFF'S DEPARTMENT, NEIL WILLIAMSON, Sheriff of Sangamon County, TERRY

DURR, Superintendent Of Sangamon County Jail, RON BECKNER, Correctional Officers

TODD GUY, KEVIN FURLONG, CANDICE CAIN; SGT. RON HUDGINS; LEE ANNE

BRAUER, RN; LADORISE RAMSEY, LPN, and NICEY WEST, LPN, by and through their

attorneys, HINSHAW & CULBERTSON LLP, and submit their Memorandum of Law in

Support of Their Motion for Extension of Time to Respond to Plaintiff's First Amended Complaint, as follows:

1.     Rule 15(3) of the Federal Rules of Civil Procedure provides the Court may order the time by which a responsive pleading should be filed to an amended pleading.  Pursuant to that authority this Court has ordered that Defendants shall respond to the First Amended Complaint by July 8, 2008.

2.     Local Rule 6.1 provides for motions for extension of time.  It provides the motion must be filed before the original deadline, and must state whether opposing counsel has objection to the motion.

3.     There are twelve separate defendants and the attorneys for the defendants must meet with the twelve, or appropriate representatives of the twelve, at different times to review the new provisions of the First Amended Complaint, and determine the appropriate response for each defendant.  The time of year involved is a time when the defendants and their attorneys will be taking vacations and scheduling these meetings will take some time.  For this reason, the defendants move that the Court grant them an extension of time up to and including July 23, 2008, to respond to the First Amended Complaint.

4.     This  Motion for Extension of Time is filed before the original deadline.

5.     The attorneys for the Plaintiff object to this motion.

WHEREFORE, it is respectfully submitted that the interests of justice would be served by allowing the Motion of the Defendants to be granted to and including July 23, 2008 to respond to the First Amended Complaint of Plaintiff.

June 19, 2008

D. Bradley Blodgett
bblodgett@hinshawlaw.com
Andrew M. Ramage
/s/Andrew M. Ramage
J. William Roberts
broberts@hinshawlaw.com
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL 62701
Phone: 217-528-7375
Fax: 217-528-0075
E-mail: aramage@hinshawlaw.com
Ramage Attorney Bar No. 6256554
Attorneys for Defendants Sangamon County,
Sangamon County Sheriff's Department, Neil
Williamson, Terry Durr, Ron Beckner, Correctional
Officers Beckner, Todd Guy, Kevin Furlong,
Candice Cain, Sgt. Ron Hudgins, Lee Anne Brauer,
RN, Ladorise Ramsey, LPN and Nicey West, LPN

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 19, 2008, I caused to be electronically filed this **MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

**Jon D Robinson**                 Email: jrobinson@brelaw.com

**Sharon D Elvidge Kelley**        Email: shalaw@ameritech.net

and I hereby certify that on June_____, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

NONE

D. Bradley Blodgett
bblodgett@hinshawlaw.com
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL 62701
Phone: 217-528-7375
Fax: 217-528-0075
E-mail: aramage@hinshawlaw.com
Attorney Bar No. 6256554
Attorney for Defendants Sangamon County, Sangamon County Sheriff's Department, Neil Williamson, Terry Durr, Ron Beckner, Correctional Officers Beckner, Todd Guy, Kevin Furlong, Candice Cain, Sgt. Ron Hudgins, Lee Anne Brauer, RN, Ladorise Ramsey, LPN and Nicey West, LPN

4