**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILLINOIS**

| | |
|---|---|
| Estate of AMON PAUL CARLOCK, JR., deceased By Mary L. Andreatta-Carlock, Executor,  )  )  ) Plaintiff  ) vs.  ) SANGAMON COUNTY SHERIFF'S DEPARTMENT- ) SANGAMON COUNTY JAIL; NEIL WILLIAMSON, ) INDIVIDUALLY AND AS SHERIFF OF SANGAMON ) COUNTY; RON BECKNER, ADMINISTRATOR OF ) SANGAMON COUNTY JAIL; OFFICER KANE; ) OFFICER TODD GUY; OFFICER FURLONG; OFFICER ) AMBER GREEN; OFFICER POWELL; OFFICER ) KIRBY; ANTHONY SACCO, CHIEF DEPUTY; ) LEE ANNE BRAUER, RN; AND OTHER ) UNIDENTIFIED SANGAMON COUNTY ) CORRECTIONAL OFFICERS AND MEDICAL ) PERSONNEL, )  ) Defendants. | No. 3:08-cv-03075  Judge Jeanne E. Scott  Magistrate Judge Charles H. Evans |

**PLAINTIFF'S DESIGNATION OF LEAD COUNSEL**

NOW COMES Plaintiff, Estate of Amon Paul Carlock, Jr., deceased, ("Decedent") by Mary L. Andreatta-Carlock, as Executor of the Estate, by and through her attorneys, Jon D. Robinson of Bolen Robinson & Ellis, LLP, and Sharon D. Elvidge Kelley of Elvidge Kelley & Schmidt, and designates Jon D. Robinson as lead counsel for the Plaintiff and who will be the attorney who will be responsible for receipt of telephone conference calls in this case.

June 23, 2008

/s/ Jon D. Robinson
Jon D. Robinson ARDC No. 2356678
BOLEN ROBINSON & ELLIS, LLP
202 South Franklin, 2nd Floor
Decatur, Illinois 62523
Telephone: 217-429-4296
Fax: 217-329-0034
E-mail: jrobinson@brelaw.com

/s/Sharon D. Elvidge Kelley
Sharon D. Elvidge Kelley ARDC No. 06193792
ELVIDGE KELLEY & SCHMIDT
217 East Monroe Street, Suite 102
Springfield, Illinois 62701
Telephone: 217-535-1000
Fax: 217-535-1055
E-mail: shalaw@ameritech.net

Attorneys for Estate of AMON PAUL CARLOCK, JR., deceased by Mary L. Andreatta-Carlock, Executor, Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2008, I caused to be electronically filed **PLAINTIFF'S DESIGNATION OF LEAD COUNSEL** with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

| | |
|---|---|
| Andrew M. Ramage | aramage@hinshawlaw.com |
| J. William Roberts | broberts@hinshawlaw.com |
| D. Bradley Blodgett | bblodgett@hinshawlaw.com |

and I hereby certify that on June 23, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

    NONE

/s/ Jon D. Robinson
Jon D. Robinson ARDC No. 2356678
BOLEN ROBINSON & ELLIS, LLP
202 South Franklin, 2nd Floor
Decatur, Illinois 62523
Telephone: 217-429-4296
Fax: 217-329-0034
E-mail: jrobinson@brelaw.com
Attorney for Estate of AMON PAUL CARLOCK, JR., deceased by Mary L. Andreatta-Carlock, Executor, Plaintiff