UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ESTATE OF AMON PAUL CARLOCK, JR., Deceased, by Mary L. Andreatta-Carlock, Executor,<br><br>        Plaintiff,<br><br>v.<br><br>SANGAMON COUNTY SHERIFF'S DEPARTMENT - SANGAMON COUNTY JAIL; NEIL WILLIAMSON, INDIVIDUALLY AND AS SHERIFF OF SANGAMON COUNTY; RON BECKNER, ADMINISTRATOR OF SANGAMON COUNTY JAIL; OFFICER KANE; OFFICER TODD GUY; OFFICER FURLONG; OFFICER AMBER GREEN; OFFICER POWELL; OFFICER KIRBY; ANTHONY SACCO, CHIEF DEPUTY; LEE ANN BRAURER, R.N.; AND OTHER UNIDENTIFIED SANGAMON COUNTY CORRECTIONAL OFFICERS AND MEDICAL PERSONNEL,<br><br>        Defendants. | Case No.: 3:08-cv-03075 |

## MEMORANDUM OF LAW IN SUPPORT OF MOTION OF DEFENDANTS TO ISSUE SUBPOENA TO ST. JOHN'S HOSPITAL AND FOR ISSUANCE OF HIPAA ORDER PROTECTING RECORDS SUBPOENAED

NOW COME the Defendants, SHERIFF OF SANGAMON COUNTY, et al., by and through their attorneys, Hinshaw & Culbertson LLC, and pursuant to Local Rule 7.1(B), submit their Memorandum of Law in Support of the above-referenced Motion.

This suit involves a claim by the estate of the decedent that his civil rights were violated by the Defendants which caused his death on November 16, 2007. Decedent, on that date, was transferred to St. John's Hospital from the Sangamon County Jail where he received medical treatment. According to the autopsy, which is a public record, the place of death was at St.

John's Hospital. The cause of death according to the autopsy was severe coronary artery atherosclerosis.

Defendants believe that at the hospital it is likely that cardiac heart rate tests and studies were performed before the decedent's death which will be relevant to the cause of decedent's death. Defendants have been informed by what they believe to be a reliable authority that these tests and studies are customarily disposed of, and not preserved as permanent hospital records, and for this reason Defendant seek to subpoena the records at this time to obtain them before them may be disposed of by the hospital . Defendants recognize their responsibility to protect the records pursuant to the HIPAA law, and for that reason include a proposed Order for the Court to enter to preserve those rights.

Normally, a party may not seek discovery from any source before the parties have conferred as required by Rule 26(f) unless authorized by rules or court order. Rule 26(d)(l) of the Federal Rules of Civil Procedure. The only appropriate means to compel a non-party to produce documents is to serve them a subpoena as set forth in Rule 45 of the Federal Rules of Civil Procedure. Air Crash at Dallas/Fort Worth Airport on August 2, 1985, 117 F.R.D. 392, 9 Fed.R.Serv. 3d 384 (l987). A subpoena may be issued pursuant to Rule 45 to require the production of documents, Moore's Federal Practice Third Edition, Section 45.02(3). While there are no provisions in Rule 45 as to the timing of a subpoena as a practical matter the subpoena should be issued in accordance with scheduling orders and other applicable rules unless of course authorized by the Court. Moore's Federal Practice Third Edition, Section 45.03(2).

WHEREFORE, for the reasons explained, the Defendants move that they be permitted to issue a subpoena in the form as is attached in "Exhibit A" to their Motion, and for the Court to issue a HIPAA Order as provided in "Exhibit B" to their Motion to protect the records.

Respectfully submitted,


/s/ D. Bradley Blodgett
D. Bradley Blodgett
E-mail:  bblodgett@hinshawlaw.com
Andrew M. Ramage
E-mail:  aramage@hinshawlaw.com
J. William Roberts
E-mail:  broberts@hinshawlaw.com
Hinshaw & Culbertson LLP
400 South Ninth Street
Suite 200
Springfield, IL 62701
Telephone: 217-528-7375
Facsimile: 217-528-0075
Blodgett Attorney Bar No. 0231134
Attorneys for Defendants SANGAMON
COUNTY SHERIFF'S DEPARTMENT -
SANGAMON COUNTY JAIL; NEIL
WILLIAMSON, INDIVIDUALLY AND AS
SHERIFF OF SANGAMON COUNTY;
RON BECKNER, ADMINISTRATOR OF
SANGAMON COUNTY JAIL; OFFICER
KANE; OFFICER TODD GUY; OFFICER
FURLONG; OFFICER AMBER GREEN;
OFFICER POWELL; OFFICER KIRBY;
ANTHONY SACCO, CHIEF DEPUTY;
LEE ANN BRAURER, R.N.

60175672v1 884755

## CERTIFICATE OF SERVICE

    I hereby certify that on June 26, 2008, I caused to be electronically filed the foregoing Memorandum of Law in Support of Motion by Defendants to Issue Subpoena to St. John's Hospital and for Issuance of HIPAA Order Protecting Records Subpoenaed with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

**Jon D Robinson**     Email: jrobinson@brelaw.com

**Sharon D Elvidge Kelley**     Email: shalaw@ameritech.net

and I hereby certify that on June 26, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

**NONE**

/s/ D. Bradley Blodgett
D. Bradley Blodgett
E-mail: bblodgett@hinshawlaw.com
Andrew M. Ramage
E-mail: aramage@hinshawlaw.com
J. William Roberts
E-mail: broberts@hinshawlaw.com
Hinshaw & Culbertson LLP
400 South Ninth Street
Suite 200
Springfield, IL 62701
Telephone: 217-528-7375
Facsimile: 217-528-0075
Blodgett Attorney Bar No. 0231134
Attorneys for Defendants SANGAMON COUNTY SHERIFF'S DEPARTMENT - SANGAMON COUNTY JAIL; NEIL WILLIAMSON, INDIVIDUALLY AND AS SHERIFF OF SANGAMON COUNTY; RON BECKNER, ADMINISTRATOR OF SANGAMON COUNTY JAIL; OFFICER KANE; OFFICER TODD GUY; OFFICER FURLONG; OFFICER AMBER GREEN; OFFICER POWELL; OFFICER KIRBY; ANTHONY SACCO, CHIEF DEPUTY; LEE ANN BRAURER, R.N.

60175672v1 884755