UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ESTATE OF AMON PAUL CARLOCK, JR., Deceased, by Mary L. Andreatta-Carlock, Executor,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SANGAMON COUNTY SHERIFF'S DEPARTMENT - SANGAMON COUNTY JAIL; NEIL WILLIAMSON, INDIVIDUALLY AND AS SHERIFF OF SANGAMON COUNTY; RON BECKNER, ADMINISTRATOR OF SANGAMON COUNTY JAIL; OFFICER KANE; OFFICER TODD GUY; OFFICER FURLONG; OFFICER AMBER GREEN; OFFICER POWELL; OFFICER KIRBY; ANTHONY SACCO, CHIEF DEPUTY; LEE ANN BRAURER, R.N.; AND OTHER UNIDENTIFIED SANGAMON COUNTY CORRECTIONAL OFFICERS AND MEDICAL PERSONNEL,<br><br>　　　　　Defendants. | Case No.: 3:08-cv-03075<br><br>Judge: Jeanne E. Scott<br><br>Magistrate Judge Charles H. Evans |

## DESIGNATION OF LEAD COUNSEL

NOW COME the new Defendants, NEIL WILLIAMSON, INDIVIDUALLY, OFFICER AMBER GREEN, OFFICER POWELL, OFFICER KIRBY and ANTHONY SACCO, CHIEF DEPUTY, by and through their attorneys, Hinshaw & Culbertson LLP, and designate D. Bradley Blodgett as lead counsel for the new Defendants and who will be the attorney who will be responsible for receipt of telephone conference calls in this case.

60176302v1 884755

Respectfully submitted,

/s/ D. Bradley Blodgett
D. Bradley Blodgett
E-mail:  bblodgett@hinshawlaw.com
Andrew M. Ramage
E-mail:  aramage@hinshawlaw.com
J. William Roberts
E-mail:  broberts@hinshawlaw.com
Hinshaw & Culbertson LLP
400 South Ninth Street
Suite 200
Springfield, IL 62701
Telephone: 217-528-7375
Facsimile: 217-528-0075
Blodgett Attorney Bar No. 0231134
Attorneys for Defendants SANGAMON COUNTY SHERIFF'S DEPARTMENT - SANGAMON COUNTY JAIL; NEIL WILLIAMSON, INDIVIDUALLY AND AS SHERIFF OF SANGAMON COUNTY; RON BECKNER, ADMINISTRATOR OF SANGAMON COUNTY JAIL; OFFICER TODD GUY; OFFICER FURLONG; OFFICER AMBER GREEN; OFFICER POWELL; OFFICER KIRBY; ANTHONY SACCO, CHIEF DEPUTY; LEE ANN BRAURER, R.N.

60176302v1 884755

## CERTIFICATE OF SERVICE

    I hereby certify that on July 22, 2008, I caused to be electronically filed the foregoing Designation of Lead Counsel with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

**Jon D Robinson**        Email: jrobinson@brelaw.com

**Sharon D Elvidge Kelley**        Email: shalaw@ameritech.net

and I hereby certify that on July 22, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

**NONE**

/s/ D. Bradley Blodgett
D. Bradley Blodgett
E-mail: bblodgett@hinshawlaw.com
Andrew M. Ramage
E-mail: aramage@hinshawlaw.com
J. William Roberts
E-mail: broberts@hinshawlaw.com
Hinshaw & Culbertson LLP
400 South Ninth Street
Suite 200
Springfield, IL 62701
Telephone: 217-528-7375
Facsimile: 217-528-0075
Blodgett Attorney Bar No. 0231134
Attorneys for Defendants SANGAMON COUNTY SHERIFF'S DEPARTMENT - SANGAMON COUNTY JAIL; NEIL WILLIAMSON, INDIVIDUALLY AND AS SHERIFF OF SANGAMON COUNTY; RON BECKNER, ADMINISTRATOR OF SANGAMON COUNTY JAIL; OFFICER TODD GUY; OFFICER FURLONG; OFFICER AMBER GREEN; OFFICER POWELL; OFFICER KIRBY; ANTHONY SACCO, CHIEF DEPUTY; LEE ANN BRAURER, R.N.

60176302v1 884755