UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ESTATE OF AMON PAUL CARLOCK, JR., Deceased, by Mary L. Andreatta-Carlock, Executor,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SANGAMON COUNTY SHERIFF'S DEPARTMENT - SANGAMON COUNTY JAIL; NEIL WILLIAMSON, INDIVIDUALLY AND AS SHERIFF OF SANGAMON COUNTY; RON BECKNER, ADMINISTRATOR OF SANGAMON COUNTY JAIL; OFFICER KANE; OFFICER TODD GUY; OFFICER FURLONG; OFFICER AMBER GREEN; OFFICER POWELL; OFFICER KIRBY; ANTHONY SACCO, CHIEF DEPUTY; LEE ANN BRAURER, R.N.; AND OTHER UNIDENTIFIED SANGAMON COUNTY CORRECTIONAL OFFICERS AND MEDICAL PERSONNEL,<br><br>　　　　　Defendants. | Case No.: 3:08-cv-03075<br><br>Judge: Jeanne E. Scott<br><br>Magistrate Judge Charles H. Evans |

## CERTIFICATE OF INTEREST

The undersigned counsel of record for new Defendants, NEIL WILLIAMSON, INDIVIDUALLY, OFFICER AMBER GREEN, OFFICER POWELL, OFFICER KIRBY and ANTHONY SACCO, CHIEF DEPUTY, by and through their attorneys, Hinshaw & Culbertson LLP, furnishes the following in compliance with Rule 11.3 of this Court:

(1)　　The full name of every party or amicus the attorney represents in the case:

**Sangamon County Sheriff's Department – Sangamon County Jail; Neil Williamson, Individually and as Sheriff of Sangamon County; Ron Beckner, Administrator of Sangamon County Jail; Officer Todd Guy; Officer Furlong; Officer Amber Green; Officer Powell; Officer Kirby; Anthony Sacco, Chief Deputy; and Lee Ann Braurer, R.N.**

(2)     If such party or amicus is a corporation:

**None of the Defendants is a corporation.**

(3)     The name of all law firms whose partners or associates appear for a party or who expect to appear for a party in the case:

**Hinshaw & Culbertson LLP.**

            Respectfully submitted,

            /s/ D. Bradley Blodgett
            D. Bradley Blodgett
            E-mail:  bblodgett@hinshawlaw.com
            Andrew M. Ramage
            E-mail:  aramage@hinshawlaw.com
            J. William Roberts
            E-mail:  broberts@hinshawlaw.com
            Hinshaw & Culbertson LLP
            400 South Ninth Street
            Suite 200
            Springfield, IL 62701
            Telephone: 217-528-7375
            Facsimile: 217-528-0075
            Blodgett Attorney Bar No. 0231134
            Attorneys for Defendants SANGAMON COUNTY SHERIFF'S DEPARTMENT - SANGAMON COUNTY JAIL; NEIL WILLIAMSON, INDIVIDUALLY AND AS SHERIFF OF SANGAMON COUNTY; RON BECKNER, ADMINISTRATOR OF SANGAMON COUNTY JAIL; OFFICER TODD GUY; OFFICER FURLONG; OFFICER AMBER GREEN; OFFICER POWELL; OFFICER KIRBY; ANTHONY SACCO, CHIEF DEPUTY; LEE ANN BRAURER, R.N.

60176303v1 884755

## CERTIFICATE OF SERVICE

  I hereby certify that on July 22, 2008, I caused to be electronically filed the foregoing Certificate of Interest with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

  **Jon D Robinson**       Email: jrobinson@brelaw.com

  **Sharon D Elvidge Kelley**   Email: shalaw@ameritech.net

and I hereby certify that on July 22, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

**NONE**

                /s/ D. Bradley Blodgett
                D. Bradley Blodgett
                E-mail: bblodgett@hinshawlaw.com
                Andrew M. Ramage
                E-mail: aramage@hinshawlaw.com
                J. William Roberts
                E-mail: broberts@hinshawlaw.com
                Hinshaw & Culbertson LLP
                400 South Ninth Street
                Suite 200
                Springfield, IL 62701
                Telephone: 217-528-7375
                Facsimile: 217-528-0075
                Blodgett Attorney Bar No. 0231134
                Attorneys for Defendants SANGAMON COUNTY SHERIFF'S DEPARTMENT - SANGAMON COUNTY JAIL; NEIL WILLIAMSON, INDIVIDUALLY AND AS SHERIFF OF SANGAMON COUNTY; RON BECKNER, ADMINISTRATOR OF SANGAMON COUNTY JAIL; OFFICER TODD GUY; OFFICER FURLONG; OFFICER AMBER GREEN; OFFICER POWELL; OFFICER KIRBY; ANTHONY SACCO, CHIEF DEPUTY; LEE ANN BRAURER, R.N.