UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ESTATE OF AMON PAUL CARLOCK, JR., Deceased, by Mary L. Andreatta-Carlock, Executor,<br><br>  Plaintiff,<br><br>v.<br><br>SANGAMON COUNTY SHERIFF'S DEPARTMENT - SANGAMON COUNTY JAIL; NEIL WILLIAMSON, INDIVIDUALLY AND AS SHERIFF OF SANGAMON COUNTY; RON BECKNER, ADMINISTRATOR OF SANGAMON COUNTY JAIL; OFFICER KANE; OFFICER TODD GUY; OFFICER FURLONG; OFFICER AMBER GREEN; OFFICER POWELL; OFFICER KIRBY; ANTHONY SACCO, CHIEF DEPUTY; LEE ANN BRAURER, R.N.; AND OTHER UNIDENTIFIED SANGAMON COUNTY CORRECTIONAL OFFICERS AND MEDICAL PERSONNEL,<br><br>  Defendants. | Case No.: 3:08-cv-03075<br><br>Judge: Jeanne E. Scott<br><br>Magistrate Judge Charles H. Evans |

## DEFENDANTS' MOTIONS TO DISMISS AND STRIKE CERTAIN PLEADINGS IN PLAINTIFF'S FIRST AMENDED COMPLAINT

NOW COME the Defendants, SANGAMON COUNTY SHERIFF'S DEPARTMENT - SANGAMON COUNTY JAIL; NEIL WILLIAMSON, INDIVIDUALLY AND AS SHERIFF OF SANGAMON COUNTY; RON BECKNER, ADMINISTRATOR OF SANGAMON COUNTY JAIL; OFFICER TODD GUY; OFFICER FURLONG; OFFICER AMBER GREEN; OFFICER POWELL; OFFICER KIRBY; ANTHONY SACCO, CHIEF DEPUTY; and LEE ANN BRAURER, R.N., by and through their attorneys, HINSHAW & CULBERSTON LLP, and for their Motions to Dismiss and Strike Certain Pleadings in Plaintiff's First Amended Complaint, state the following:

Defendants, Sangamon County Sheriff's Department and Sangamon County Jail, move to dismiss all counts pleaded against them.

60176332v1 884755

All Defendants move to dismiss Count I.

In the alternative, if Count I is not dismissed, all Defendants move to strike the pleadings in paragraphs 6, 12, 21, 22 and 23, and the prayer for relief in Counts I and III seeking relief against now-unidentified employees/agents of the Sheriff.

Defendants submit a Memorandum of Law in Support of their Motions to Dismiss and Strike pursuant to Local Rule 7.1(B).

          Respectfully submitted,

/s/ D. Bradley Blodgett
D. Bradley Blodgett
E-mail:  bblodgett@hinshawlaw.com
Andrew M. Ramage
E-mail:  aramage@hinshawlaw.com
J. William Roberts
E-mail:  broberts@hinshawlaw.com
Hinshaw & Culbertson LLP
400 South Ninth Street
Suite 200
Springfield, IL 62701
Telephone: 217-528-7375
Facsimile: 217-528-0075
Blodgett Attorney Bar No. 0231134
Attorneys for Defendants SANGAMON COUNTY SHERIFF'S DEPARTMENT - SANGAMON COUNTY JAIL; NEIL WILLIAMSON, INDIVIDUALLY AND AS SHERIFF OF SANGAMON COUNTY; RON BECKNER, ADMINISTRATOR OF SANGAMON COUNTY JAIL; OFFICER TODD GUY; OFFICER FURLONG; OFFICER AMBER GREEN; OFFICER POWELL; OFFICER KIRBY; ANTHONY SACCO, CHIEF DEPUTY; LEE ANN BRAURER, R.N.

60176332v1 884755

## CERTIFICATE OF SERVICE

  I hereby certify that on July 22, 2008, I caused to be electronically filed the foregoing Defendants' Motions to Dismiss and Strike Certain Pleadings In Plaintiff's First Amended Complaint with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

  **Jon D Robinson**      Email: jrobinson@brelaw.com

  **Sharon D Elvidge Kelley**   Email: shalaw@ameritech.net

and I hereby certify that on July 22, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

**NONE**

                /s/ D. Bradley Blodgett
                D. Bradley Blodgett
                E-mail: bblodgett@hinshawlaw.com
                Andrew M. Ramage
                E-mail: aramage@hinshawlaw.com
                J. William Roberts
                E-mail: broberts@hinshawlaw.com
                Hinshaw & Culbertson LLP
                400 South Ninth Street
                Suite 200
                Springfield, IL 62701
                Telephone: 217-528-7375
                Facsimile: 217-528-0075
                Blodgett Attorney Bar No. 0231134
                Attorneys for Defendants SANGAMON COUNTY SHERIFF'S DEPARTMENT - SANGAMON COUNTY JAIL; NEIL WILLIAMSON, INDIVIDUALLY AND AS SHERIFF OF SANGAMON COUNTY; RON BECKNER, ADMINISTRATOR OF SANGAMON COUNTY JAIL; OFFICER TODD GUY; OFFICER FURLONG; OFFICER AMBER GREEN; OFFICER POWELL; OFFICER KIRBY; ANTHONY SACCO, CHIEF DEPUTY; LEE ANN BRAURER, R.N.

60176332v1 884755