UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ESTATE OF AMON PAUL CARLOCK, JR., Deceased, by Mary L. Andreatta-Carlock, Executor, <br><br> Plaintiff, <br><br> v. <br><br> SANGAMON COUNTY SHERIFF'S DEPARTMENT - SANGAMON COUNTY JAIL; NEIL WILLIAMSON, INDIVIDUALLY AND AS SHERIFF OF SANGAMON COUNTY; RON BECKNER, ADMINISTRATOR OF SANGAMON COUNTY JAIL; OFFICER KANE; OFFICER TODD GUY; OFFICER FURLONG; OFFICER AMBER GREEN; OFFICER POWELL; OFFICER KIRBY; ANTHONY SACCO, CHIEF DEPUTY; LEE ANN BRAURER, R.N.; AND OTHER UNIDENTIFIED SANGAMON COUNTY CORRECTIONAL OFFICERS AND MEDICAL PERSONNEL, <br><br> Defendants. | Case No.: 3:08-cv-03075 <br><br> Judge Jeanne E. Scott <br><br> Magistrate Judge Charles H. Evans |

**ANSWER AND MOTION TO STRIKE BY DEFENDANT, NEIL WILLIAMSON, INDIVIDUALLY AND AS SHERIFF OF SANGAMON COUNTY, TO COUNTS II AND III OF FIRST AMENDED COMPLAINT**

NOW COMES the Defendant, NEIL WILLIAMSON, INDIVIDUALLY AND AS SHERIFF OF SANGAMON COUNTY, by and through his attorneys, Hinshaw & Culbertson LLP, and states the following in answer to the allegations pleaded against him in Count II.

### COUNT II

Defendant answers Count II as Sheriff of Sangamon County in his official capacity, and not in his individual capacity.

1. Defendant admits the allegations of paragraph 1.

2. Defendant admits the allegations of paragraph 2.

3. Defendant denies the allegations of paragraph 3.

4. Defendant does not know if the allegation of paragraph 4 is true.

60176282v1 884755

5. Defendant admits the allegations of paragraph 5.

6. Defendant moves to strike the allegations of paragraph 6 for the reasons stated in his motion filed separately.

7. Defendant admits the allegations of paragraph 7 except that all the Defendants are not all responsible for all operations of the Sangamon County Jail.

8-24. Defendant has moved to dismiss these paragraphs in a separate motion and for that reason does not answer the allegations of these paragraphs herein.

25. Defendant admits Plaintiff has re-alleged her allegations.

26. Defendant denies the allegations of paragraph 26.

27. Defendant denies the allegations of paragraph 27.

28. Defendant denies the allegations of paragraph 28.

29. Defendant denies the allegations of paragraph 29.

30. Defendant moves to strike the allegations of paragraph 30. Plaintiff has adequately pleaded in Count II a Monell claim related to the use of tasers in combination with the use of force that is alleged to be the proximate cause of Decedent's death. Paragraph 30 interjects a new and completely unrelated allegation not alleged to be the proximate cause of Decedent's death. It should be stricken as pleaded. If Plaintiff wishes to plead an additional cause of action involving the allegations of paragraph 30, the cause of action should be separately pleaded. WHEREFORE, Defendant, NEIL WILLIAMSON, AS SHERIFF OF SANGAMON COUNTY, prays for judgment in his favor and an award of reasonable attorney's fees and costs against Plaintiff.

## COUNT III

31. Defendant repeats and re-alleges his responses to paragraphs 1 through 25 above as if fully set forth in paragraphs 1 through 25 herein.

32. Defendant denies the allegations of paragraph 32.

2

33. Defendant admits the allegations of paragraph 33 with respect to the Fourteenth Amendment, but denies them with respect to the Eighth Amendment.

34. Defendant denies he was seriously indifferent to decedent's medical needs. He knows nothing about the balance of the allegations in this paragraph.

35. Defendant knows nothing about the allegations of paragraph 35.

36. Defendant knows nothing about the allegations of paragraph 36.

37. Defendant denies the allegations of paragraph 37.

38. Defendant admits some agents of the jail were trained for C.P.R. and first aid. He knows nothing about the balance of the allegations of paragraph 38.

39. Defendant knows nothing about the allegations of paragraph 39.

40. Defendant knows nothing about the allegations of paragraph 40.

41. Defendant denies the allegations of paragraph 41.

42. Defendant denies the allegations of paragraph 42.

43. Defendant does not know what "above-described acts and omissions" is referred to, and thus, does not respond to the paragraph.

44. Defendant denies the allegations of paragraph 44.

45. Defendant denies the allegations of paragraph 45.

**AFFIRMATIVE DEFENSE**

For his Affirmative Defense to the allegations of Count III, the Defendant, Neil Williamson, Individually and as Sheriff of Sangamon County, states he is entitled to qualified immunity with respect to any act or omission performed in the course of his duties relating to Plaintiff's decedent.

60176282v1 884755

WHEREFORE, Defendant, NEIL WILLIAMSON, INDIVIDUALLY AND AS SHERIFF OF SANGAMON COUNTY, prays for judgment in his favor and an award of reasonable attorney's fees and costs against Plaintiff.

**DEFENDANT DEMANDS TRIAL BY JURY.**

Respectfully submitted,

/s/ D. Bradley Blodgett
D. Bradley Blodgett
E-mail:  bblodgett@hinshawlaw.com
Andrew M. Ramage
E-mail:  aramage@hinshawlaw.com
J. William Roberts
E-mail:  broberts@hinshawlaw.com
Hinshaw & Culbertson LLP
400 South Ninth Street
Suite 200
Springfield, IL 62701
Telephone: 217-528-7375
Facsimile: 217-528-0075
Blodgett Attorney Bar No. 0231134
Attorneys for Defendants SANGAMON COUNTY SHERIFF'S DEPARTMENT - SANGAMON COUNTY JAIL; NEIL WILLIAMSON, INDIVIDUALLY AND AS SHERIFF OF SANGAMON COUNTY; RON BECKNER, ADMINISTRATOR OF SANGAMON COUNTY JAIL; OFFICER TODD GUY; OFFICER FURLONG; OFFICER AMBER GREEN; OFFICER POWELL; OFFICER KIRBY; ANTHONY SACCO, CHIEF DEPUTY; LEE ANN BRAURER, R.N.

60176282v1 884755

## CERTIFICATE OF SERVICE

    I hereby certify that on July 22, 2008, I caused to be electronically filed the foregoing Answer and Motion to Strike by Defendant, Neil Williamson, Individually and as Sheriff of Sangamon County, to Counts II and III of the First Amended Complaint with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

**Jon D Robinson**                    Email: jrobinson@brelaw.com

**Sharon D Elvidge Kelley**           Email: shalaw@ameritech.net

and I hereby certify that on July 21, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

**NONE**

 

/s/ D. Bradley Blodgett
D. Bradley Blodgett
E-mail: bblodgett@hinshawlaw.com
Andrew M. Ramage
E-mail: aramage@hinshawlaw.com
J. William Roberts
E-mail: broberts@hinshawlaw.com
Hinshaw & Culbertson LLP
400 South Ninth Street
Suite 200
Springfield, IL 62701
Telephone: 217-528-7375
Facsimile: 217-528-0075
Blodgett Attorney Bar No. 0231134
Attorneys for Defendants SANGAMON COUNTY SHERIFF'S DEPARTMENT - SANGAMON COUNTY JAIL; NEIL WILLIAMSON, INDIVIDUALLY AND AS SHERIFF OF SANGAMON COUNTY; RON BECKNER, ADMINISTRATOR OF SANGAMON COUNTY JAIL; OFFICER TODD GUY; OFFICER FURLONG; OFFICER AMBER GREEN; OFFICER POWELL; OFFICER KIRBY; ANTHONY SACCO, CHIEF DEPUTY; LEE ANN BRAURER, R.N.

60176282v1 884755