**E-FILED**
Tuesday, 22 July, 2008  02:55:22 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ESTATE OF AMON PAUL CARLOCK, JR., Deceased, by Mary L. Andreatta-Carlock, Executor, ) ) ) ) | |
| Plaintiff, ) | Case No.: 3:08-cv-03075 |
| ) | |
| v. ) | Judge: Jeanne E. Scott |
| ) | |
| SANGAMON COUNTY SHERIFF'S ) | Magistrate Judge Charles H. Evans |
| DEPARTMENT - SANGAMON COUNTY ) | |
| JAIL; NEIL WILLIAMSON, INDIVIDUALLY ) | |
| AND AS SHERIFF OF SANGAMON ) | |
| COUNTY; RON BECKNER, ) | |
| ADMINISTRATOR OF SANGAMON ) | |
| COUNTY JAIL; OFFICER KANE; OFFICER ) | |
| TODD GUY; OFFICER FURLONG; OFFICER ) | |
| AMBER GREEN; OFFICER POWELL; ) | |
| OFFICER KIRBY; ANTHONY SACCO, ) | |
| CHIEF DEPUTY; LEE ANN BRAURER, R.N.; ) | |
| AND OTHER UNIDENTIFIED SANGAMON ) | |
| COUNTY CORRECTIONAL OFFICERS AND ) | |
| MEDICAL PERSONNEL, ) | |
| ) | |
| Defendants. ) | |

## ANSWER BY DEFENDANT, OFFICER TODD GUY, TO COUNT III OF FIRST AMENDED COMPLAINT

NOW COMES the Defendant, OFFICER TODD GUY, by and through his attorneys, Hinshaw & Culbertson LLP, and states the following in answer to the allegations pleaded against him in Count III:

### COUNT III

1.    Defendant admits the allegations of Paragraph 1.

2.    Defendant admits the allegations of Paragraph 2.

3.    Defendant admits the allegations of Paragraph 3.

4.    Defendant does not know if the allegation of paragraph 4 is true.

5.    Defendant admits the allegations of paragraph 5.

6.      Defendant moves to strike the allegations of paragraph 6 for the reasons stated in his Motion filed separately.

7.      Defendant admits the allegations of paragraph 7, except that all the Defendants are not all responsible for all operations of the Sangamon County Jail.

8-24.    Defendant has moved to dismiss these paragraphs in a separate Motion, and for that reason, does not answer the allegations of these paragraphs herein.

25.      Defendant admits that Plaintiff has realleged her allegations.

31.      Defendant admits that Plaintiff has realleged her allegations.

32.      Defendant has no knowledge about the allegations of paragraph 32.

33.      Defendant denies he had such a duty as an individual.

34.      Defendant denies he was seriously indifferent to decedent's medical needs. He knows nothing about the balance of the allegations in this paragraph.

35.      Defendant admits the allegations of paragraph 35, except he denies decedent was scheduled to be transported via ambulance as phrased.

36.      Defendant denies the allegations of paragraph 36.

37.      Defendant denies the allegations of paragraph 37 as phrased.

38.      Defendant admits some agents of the jail were trained for C.P.R. and first aid.  He denies the balance of the allegations of paragraph 38.

39.      Defendant does not know if the first sentence is true.  He does not know a Lt. Kane.  He denies Lt. Beckner made the comments alleged in paragraph 39.

40.      Defendant knows nothing about the allegations of paragraph 40.

41.      Defendant knows nothing about the allegations of paragraph 41.

42.      Defendant denies the allegations of paragraph 42.

60176277v1 884755

43.     Defendant does not know what "above-described acts and omissions" is referred to, and thus, does not respond to the paragraph.

44.     Defendant knows nothing about the allegations of paragraph 44.

45.     Defendant denies the allegations of paragraph 45.

### AFFIRMATIVE DEFENSE

For his Affirmative Defense to the allegations of Count III, the Defendant, Officer Todd Guy, states he is entitled to qualified immunity with respect to any act or omission performed in the course of his duties relating to Plaintiff's decedent.

WHEREFORE, Defendant, OFFICER TODD GUY, prays for judgment in his favor and an award of reasonable attorney's fees and costs against Plaintiff.

**DEFENDANT DEMANDS TRIAL BY JURY.**

3

Respectfully submitted,


/s/ D. Bradley Blodgett
D. Bradley Blodgett
E-mail:  bblodgett@hinshawlaw.com
Andrew M. Ramage
E-mail:  aramage@hinshawlaw.com
J. William Roberts
E-mail:  broberts@hinshawlaw.com
Hinshaw & Culbertson LLP
400 South Ninth Street
Suite 200
Springfield, IL 62701
Telephone: 217-528-7375
Facsimile: 217-528-0075
Blodgett Attorney Bar No. 0231134
Attorneys for Defendants SANGAMON
COUNTY SHERIFF'S DEPARTMENT -
SANGAMON COUNTY JAIL; NEIL
WILLIAMSON, INDIVIDUALLY AND AS
SHERIFF OF SANGAMON COUNTY;
RON BECKNER, ADMINISTRATOR OF
SANGAMON COUNTY JAIL; OFFICER
TODD GUY; OFFICER FURLONG;
OFFICER AMBER GREEN; OFFICER
POWELL; OFFICER KIRBY; ANTHONY
SACCO, CHIEF DEPUTY; LEE ANN
BRAURER, R.N.

4

60176277v1 884755

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2008, I caused to be electronically filed the foregoing Answer by Defendant, Officer Todd Guy, to Count III of the First Amended Complaint with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

**Jon D Robinson**                    Email: jrobinson@brelaw.com

**Sharon D Elvidge Kelley**           Email: shalaw@ameritech.net

and I hereby certify that on July 22, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

**NONE**

/s/ D. Bradley Blodgett
D. Bradley Blodgett
E-mail: bblodgett@hinshawlaw.com
Andrew M. Ramage
E-mail: aramage@hinshawlaw.com
J. William Roberts
E-mail: broberts@hinshawlaw.com
Hinshaw & Culbertson LLP
400 South Ninth Street
Suite 200
Springfield, IL 62701
Telephone: 217-528-7375
Facsimile: 217-528-0075
Blodgett Attorney Bar No. 0231134
Attorneys for Defendants SANGAMON COUNTY SHERIFF'S DEPARTMENT - SANGAMON COUNTY JAIL; NEIL WILLIAMSON, INDIVIDUALLY AND AS SHERIFF OF SANGAMON COUNTY; RON BECKNER, ADMINISTRATOR OF SANGAMON COUNTY JAIL; OFFICER TODD GUY; OFFICER FURLONG; OFFICER AMBER GREEN; OFFICER POWELL; OFFICER KIRBY; ANTHONY SACCO, CHIEF DEPUTY; LEE ANN BRAURER, R.N.

60176277v1 884755