UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ESTATE OF AMON PAUL CARLOCK, JR., Deceased, by Mary L. Andreatta-Carlock, Executor,<br><br>       Plaintiff,<br><br>v.<br><br>SANGAMON COUNTY SHERIFF'S DEPARTMENT - SANGAMON COUNTY JAIL; NEIL WILLIAMSON, INDIVIDUALLY AND AS SHERIFF OF SANGAMON COUNTY; RON BECKNER, ADMINISTRATOR OF SANGAMON COUNTY JAIL; OFFICER KANE; OFFICER TODD GUY; OFFICER FURLONG; OFFICER AMBER GREEN; OFFICER POWELL; OFFICER KIRBY; ANTHONY SACCO, CHIEF DEPUTY; LEE ANN BRAURER, R.N.; AND OTHER UNIDENTIFIED SANGAMON COUNTY CORRECTIONAL OFFICERS AND MEDICAL PERSONNEL,<br><br>       Defendants. | Case No.: 3:08-cv-03075<br><br>Judge Jeanne E. Scott<br><br>Magistrate Judge Charles H. Evans |

**ANSWER BY DEFENDANT, OFFICER POWELL,
TO COUNT III OF FIRST AMENDED COMPLAINT**

NOW COMES the Defendant, OFFICER POWELL, by and through her attorneys, Hinshaw & Culbertson LLP, and states the following in answer to the allegations pleaded against her in Count III:

### COUNT III

1. Defendant admits the allegations of Paragraph 1.

2. Defendant admits the allegations of Paragraph 2.

3. Defendant admits the allegations of Paragraph 3.

4. Defendant does not know if the allegation of paragraph 4 is true.

5. Defendant admits the allegations of paragraph 5.

60176286v1 884755

6.  Defendant moves to strike the allegations of paragraph 6 for the reasons stated in her Motion filed separately.

7.  Defendant admits the allegations of paragraph 7, except that all the Defendants are not all responsible for all operations of the Sangamon County Jail.

8-24.  Defendant has moved to dismiss these paragraphs in a separate Motion, and for that reason, does not answer the allegations of these paragraphs herein.

25.  Defendant admits that Plaintiff has realleged her allegations.

31.  Defendant admits that Plaintiff has realleged her allegations.

32.  Defendant knows nothing about the allegations of paragraph 32.

33.  Defendant denies she had such a duty.

34.  Defendant denies she was seriously indifferent to decedent's medical needs. She knows nothing about the balance of the allegations in this paragraph.

35.  Defendant knows nothing about the allegations of paragraph 35.

36.  Defendant knows nothing about the allegations of paragraph 36 as phrased.

37.  Defendant knows nothing about the allegations of paragraph 37.

38.  Defendant admits some agents of the jail were trained for C.P.R. and first aid. She knows nothing about the balance of the allegations of paragraph 38.

39.  Defendant knows nothing about the allegations of paragraph 39.

40.  Defendant knows nothing about the allegations of paragraph 40.

41.  Defendant knows nothing about the allegations of paragraph 41.

42.  Defendant denies the allegations of paragraph 42.

43.  Defendant does not know what "above-described acts and omissions" is referred to, and thus, does not respond to the paragraph.

44. Defendant knows nothing about the allegations of paragraph 44.

45. Defendant denies the allegations of paragraph 45.

## AFFIRMATIVE DEFENSE

For her Affirmative Defense to the allegations of Count III, the Defendant, Officer Powell, states she is entitled to qualified immunity with respect to any act or omission performed in the course of her duties relating to Plaintiff's decedent.

WHEREFORE, Defendant, OFFICER POWELL, prays for judgment in her favor and an award of reasonable attorney's fees and costs against Plaintiff.

**DEFENDANT DEMANDS TRIAL BY JURY.**

60176286v1 884755

Respectfully submitted,

/s/ D. Bradley Blodgett
D. Bradley Blodgett
E-mail: bblodgett@hinshawlaw.com
Andrew M. Ramage
E-mail: aramage@hinshawlaw.com
J. William Roberts
E-mail: broberts@hinshawlaw.com
Hinshaw & Culbertson LLP
400 South Ninth Street
Suite 200
Springfield, IL 62701
Telephone: 217-528-7375
Facsimile: 217-528-0075
Blodgett Attorney Bar No. 0231134
Attorneys for Defendants SANGAMON COUNTY SHERIFF'S DEPARTMENT - SANGAMON COUNTY JAIL; NEIL WILLIAMSON, INDIVIDUALLY AND AS SHERIFF OF SANGAMON COUNTY; RON BECKNER, ADMINISTRATOR OF SANGAMON COUNTY JAIL; OFFICER TODD GUY; OFFICER FURLONG; OFFICER AMBER GREEN; OFFICER POWELL; OFFICER KIRBY; ANTHONY SACCO, CHIEF DEPUTY; LEE ANN BRAURER, R.N.

60176286v1 884755

## CERTIFICATE OF SERVICE

    I hereby certify that on July 22, 2008, I caused to be electronically filed the foregoing Answer by Defendant, Officer Powell, to Count III of the First Amended Complaint with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

**Jon D Robinson**     Email: jrobinson@brelaw.com

**Sharon D Elvidge Kelley**     Email: shalaw@ameritech.net

and I hereby certify that on July 22, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

**NONE**

/s/ D. Bradley Blodgett
D. Bradley Blodgett
E-mail: bblodgett@hinshawlaw.com
Andrew M. Ramage
E-mail: aramage@hinshawlaw.com
J. William Roberts
E-mail: broberts@hinshawlaw.com
Hinshaw & Culbertson LLP
400 South Ninth Street
Suite 200
Springfield, IL 62701
Telephone: 217-528-7375
Facsimile: 217-528-0075
Blodgett Attorney Bar No. 0231134
Attorneys for Defendants SANGAMON COUNTY SHERIFF'S DEPARTMENT - SANGAMON COUNTY JAIL; NEIL WILLIAMSON, INDIVIDUALLY AND AS SHERIFF OF SANGAMON COUNTY; RON BECKNER, ADMINISTRATOR OF SANGAMON COUNTY JAIL; OFFICER TODD GUY; OFFICER FURLONG; OFFICER AMBER GREEN; OFFICER POWELL; OFFICER KIRBY; ANTHONY SACCO, CHIEF DEPUTY; LEE ANN BRAURER, R.N.

60176286v1 884755