E-FILED
Tuesday, 05 August, 2008  03:15:31 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD, ILLINOIS

| | |
|---|---|
| Estate of AMON PAUL CARLOCK, JR., deceased By Mary L. Andreatta-Carlock, Executor,<br><br>Plaintiff<br><br>vs.<br><br>SANGAMON COUNTY SHERIFF'S DEPARTMENT-SANGAMON COUNTY JAIL; NEIL WILLIAMSON, INDIVIDUALLY AND AS SHERIFF OF SANGAMON COUNTY; RON BECKNER, ADMINISTRATOR OF SANGAMON COUNTY JAIL; OFFICER KANE; OFFICER TODD GUY; OFFICER FURLONG; OFFICER AMBER GREEN; OFFICER POWELL; OFFICER KIRBY; ANTHONY SACCO, CHIEF DEPUTY; LEE ANNE BRAUER, RN; AND OTHER UNIDENTIFIED SANGAMON COUNTY CORRECTIONAL OFFICERS AND MEDICAL PERSONNEL,<br><br>Defendants. | No. 3:08-cv-03075<br><br>Judge Jeanne E. Scott<br><br>Magistrate Judge Charles H. Evans |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' SECOND MOTION TO DISMISS, INCLUDING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT WITH DEFENDANTS' WRITTEN CONSENT**

NOW COMES Plaintiff, Estate of Amon Paul Carlock, Jr., deceased, ("Decedent") by Mary L. Andreatta-Carlock, as Executor of the Estate, by and through her attorneys, Jon D. Robinson of Bolen Robinson & Ellis, LLP, and Sharon D. Elvidge Kelley of Elvidge Kelley & Schmidt, makes this Plaintiff's Response to the Second Motion to Dismiss filed by Defendants, which Motion addresses Plaintiff's First Amended Complaint. In response, Plaintiff moves the Court, with written consent by Defendants to amend Plaintiff's existing complaint in order to conform the complaint to the law and the facts as they have developed since the filing of Plaintiff's First Amended Complaint. In support hereof, Plaintiff states as follows:

1. On July 22, 2008, Defendants filed their Motion to Dismiss and Strike certain pleadings in Plaintiff's First Amended Complaint, and this is in response to Defendants' said motion.

2. Plaintiff had previously named the Sangamon County Sheriff's Department – Sangamon County Jail based upon decisional authority previously cited in *Glisson v. Sangamon County Sheriff's Department, et al.*, No. 05-3250 (Central District of Illinois) Op. dated January 6, 2006, which referenced *Ruffino v. Sheahan*, 218 F.3d 697, 700 (7th Cir. 2000) and *Scott v. O'Grady*, 975 F.2d 366, 370 (7th Cir. 1992). Given further research since the filing of Plaintiff's First Amended Complaint, and with the understanding that by naming only Neil Williamson in his official capacity as Sheriff of Sangamon County, Plaintiff may make any claims involving the "Sangamon County Sheriff's Department – Sangamon County Jail," Plaintiff is removing the Sheriff's Department and Jail as a named party defendant.

3. Since the filing of Plaintiff's First Amended Complaint, Plaintiff has identified additional individuals who should be named defendants.

4. Plaintiff requests leave of Court to add the following individuals as defendants herein:

| | |
|---|---|
| Sgt. Bouvet | Officer Steve Beninato |
| Officer Watkins | Nurse West |
| Officer Conard | Nurse "Lucy" |

5. As permitted by F.R.C.P. 15(a), Plaintiff now seeks to amend her pending Complaint and has obtained the written consent of the adverse parties. The written consent is attached in support of this motion.

6.  Plaintiff's counsel need approximately fourteen (14) days of additional time to prepare the "Second Amended Complaint" and hereby requests leave to file the Second Amended Complaint by 5 p.m. on Friday, August 15, 2008.

WHEREFORE, Plaintiff, Estate of Amon Paul Carlock, Jr., deceased, ("Decedent") by Mary L. Andreatta-Carlock, as Executor of the Estate, by its counsel of record, with consent of the existing Defendants, moves to amend her existing Complaint, and moves for leave to file a Second Amended Complaint on or before 5:00 p.m. on Friday, August 15, 2008.

August 5, 2008

/s/ Jon D. Robinson
Jon D. Robinson ARDC No. 2356678
BOLEN ROBINSON & ELLIS, LLP
202 South Franklin, 2nd Floor
Decatur, Illinois 62523
Telephone: 217-429-4296
Fax: 217-329-0034
E-mail: jrobinson@brelaw.com


/s/Sharon D. Elvidge Kelley
Sharon D. Elvidge Kelley ARDC No. 06193792
ELVIDGE KELLEY & SCHMIDT
217 East Monroe Street, Suite 102
Springfield, Illinois 62701
Telephone: 217-535-1000
Fax: 217-535-1055
E-mail: shalaw@ameritech.net

Attorneys for Estate of AMON PAUL CARLOCK, JR., deceased by Mary L. Andreatta-Carlock, Executor, Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2008, I caused to be electronically filed **PLAINTIFF'S RESPONSE TO DEFENDANTS' SECOND MOTION TO DISMISS, INCLUDING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT WITH DEFENDANTS' WRITTEN CONSENT** with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

| | |
|---|---|
| Andrew M. Ramage | aramage@hinshawlaw.com |
| J. William Roberts | broberts@hinshawlaw.com |
| D. Bradley Blodgett | bblodgett@hinshawlaw.com |

and I hereby certify that on August 5, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

NONE

/s/ Jon D. Robinson
Jon D. Robinson ARDC No. 2356678
BOLEN ROBINSON & ELLIS, LLP
202 South Franklin, 2nd Floor
Decatur, Illinois 62523
Telephone: 217-429-4296
Fax: 217-329-0034
E-mail: jrobinson@brelaw.com
Attorney for Estate of AMON PAUL CARLOCK, JR., deceased by Mary L. Andreatta-Carlock, Executor, Plaintiff

# HINSHAW
& CULBERTSON LLP

**ATTORNEYS AT LAW**
400 South Ninth Street
Suite 200
Springfield, IL 62701-1908

217-528-7375
217-528-0075 (fax)
www.hinshawlaw.com

July 31, 2008

**VIA FACSIMILE TO:** (217) 329-0034

Mr. Jon D. Robinson
Bolen, Robinson & Ellis, LLP
202 South Franklin
2nd Floor
Decatur, Illinois  62523

   Re:   *Estate of Amon Paul Carlock, Jr. v. Sangamon County Sheriff's Dept., et al.*
         *Case No.: 3:08-cv-03075*

Dear Jon:

   You called me on Wednesday, July 30, 2008, and asked if I have any objection to your filing a Second Amended Complaint in the above-referenced case. Please be advised that I have no such objection and am agreeable for you to proceed to file a Second Amended Complaint in the matter.

                             Very truly yours,

                             HINSHAW & CULBERTSON LLP

                             D. Bradley Blodgett
                             bblodgett@hinshawlaw.com

DBB:kb

60176609v1 884755

Arizona  California  Florida  Illinois  Indiana  Massachusetts  Minnesota  Missouri  New York  Oregon  Rhode Island  Wisconsin