IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILLINOIS

| | |
|---|---|
| Estate of AMON PAUL CARLOCK, JR., deceased By Mary L. Andreatta-Carlock, Executor,   Plaintiff vs. SANGAMON COUNTY SHERIFF'S DEPARTMENT- SANGAMON COUNTY JAIL; NEIL WILLIAMSON, INDIVIDUALLY AND AS SHERIFF OF SANGAMON COUNTY; ANTHONY SACCO, CHIEF DEPUTY; RON BECKNER, ADMINISTRATOR OF SANGAMON COUNTY JAIL; LT. CANDICE CAIN; LT. POWELL; OFFICER TODD GUY; OFFICER FURLONG; OFFICER AMBER GREEN; OFFICER KIRBY; LEE ANNE BRAUER, RN; AND OTHER UNIDENTIFIED SANGAMON COUNTY CORRECTIONAL OFFICERS AND MEDICAL PERSONNEL,   Defendants. | No. 3:08-cv-03075  Judge Jeanne E. Scott  Magistrate Judge Charles H. Evans |

**BRIEF IN SUPPORT OF
PLAINTIFF'S RESPONSE TO DEFENDANTS' SECOND MOTION TO DISMISS,
INCLUDING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED
COMPLAINT WITH DEFENDANTS' WRITTEN CONSENT**

Plaintiff, Estate of Amon Paul Carlock, Jr., deceased, ("Decedent") by Mary L. Andreatta-Carlock, as Executor of the Estate, by and through her attorneys, Jon D. Robinson of Bolen Robinson & Ellis, LLP, and Sharon D. Elvidge Kelley of Elvidge Kelley & Schmidt, makes this her brief in support of Plaintiff's Motion for Leave to File a Second Amended Complaint and to add additional defendant parties, and Plaintiff states as follows:

1.  Plaintiff has responded to Defendants' Motion to Dismiss her First Amended Complaint by requesting leave to file a Second Amended Complaint; and said request is

accompanied by Defendants' written consent to said request, a copy of which is attached to Plaintiff's related Response.

2. Plaintiff's Second Amended Complaint further clarifies Plaintiff's claims by eliminating the "Sangamon County Sheriff's Department – Sangamon County Jail" as additional defendant(s) inasmuch as they are branches of the Sheriff as the County officer who is legally responsible for them.

3. Plaintiff's Second Amended Complaint will also include additional individuals as defendants because Plaintiff's counsel have only recently learned of their identity.

4. Plaintiff's Second Amended Complaint will also separate the allegations against each individual defendant into single counts as suggested by Defendants' Motion to Dismiss Plaintiff's First Amended Complaint. (See Defendants' Memorandum of Law at page 4.)

5. Under Rule 15(a) of the Fed. R. of Civ. P., a party is permitted to amend a pleading with the written consent of the opposing party; and Plaintiff has obtained the Defendants' written consent, which is attached to Plaintiff's Response to Defendants' Motion to Dismiss.

6. Pursuant to Rules 15 and 20(a) of the Fed. R. of Civ. P., for leave to add additional defendants, to-wit: Rule 20 states in pertinent part: "A proposed amended pleading to add a party must meet the requirements of both Rules 15 and 20." Rule 20(a) encourages joinder of parties to promote judicial economy, so long as the parties are "interested in claims that arise out of the same transaction or occurrence, or a series of transactions or occurrences," and that the parties joined, "share in common at least one question of law or fact." *Id.*

7. Plaintiff and Plaintiff's counsel have been informed, and therefore believe, that the additional individual defendants who will be named in the Second Amended Complaint were

directly involved with the mistreatment of Amon Paul Carlock while he was incarcerated and/or were involved in his care and treatment on November 16, 2007, the day of his death.

8. All of the individuals to be added as defendants herein "share in common at least one question of law or fact." *Id*.

9. Plaintiff requests leave of Court to add the following individuals as defendants herein:

|  |  |
|---|---|
| Sgt. Bouvet | Officer Steve Beninato |
| Officer Watkins | Nurse West |
| Officer Conard | Nurse "Lucy" |

10. Because Plaintiff is asking for leave to join new individuals as defendants herein pursuant to Rule 20 of Fed. R. of Civ. P., Plaintiff is requesting leave to file the amended pleading with the additional defendants even though Plaintiff has the written consent to amend from the existing defendants.

August 5, 2008

Respectfully submitted,

/s/ Jon D. Robinson
Jon D. Robinson ARDC No. 2356678
BOLEN ROBINSON & ELLIS, LLP
202 South Franklin, 2nd Floor
Decatur, Illinois 62523
Telephone: 217-429-4296
Fax: 217-329-0034
E-mail: jrobinson@brelaw.com

/s/Sharon D. Elvidge Kelley
Sharon D. Elvidge Kelley ARDC No. 06193792
ELVIDGE KELLEY & SCHMIDT
217 East Monroe Street, Suite 102
Springfield, Illinois 62701
Telephone: 217-535-1000
Fax: 217-535-1055
E-mail: shalaw@ameritech.net

Attorneys for Estate of AMON PAUL CARLOCK, JR., deceased by Mary L. Andreatta-Carlock, Executor, Plaintiff

3

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2008, I caused to be electronically filed **BRIEF IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' SECOND MOTION TO DISMISS, INCLUDING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT WITH DEFENDANTS' WRITTEN CONSENT** with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

   Andrew M. Ramage      aramage@hinshawlaw.com
   J. William Roberts       broberts@hinshawlaw.com
   D. Bradley Blodgett     bblodgett@hinshawlaw.com

and I hereby certify that on August 5, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

   NONE

                       /s/ Jon D. Robinson
                       Jon D. Robinson ARDC No. 2356678
                       BOLEN ROBINSON & ELLIS, LLP
                       202 South Franklin, 2nd Floor
                       Decatur, Illinois 62523
                       Telephone: 217-429-4296
                       Fax: 217-329-0034
                       E-mail: jrobinson@brelaw.com
                       Attorney for Estate of AMON PAUL CARLOCK, JR., deceased by Mary L. Andreatta-Carlock, Executor, Plaintiff



# HINSHAW
& CULBERTSON LLP

July 31, 2008

**ATTORNEYS AT LAW**
400 South Ninth Street
Suite 200
Springfield, IL 62701-1908

217-528-7375
217-528-0075 (fax)
www.hinshawlaw.com

<u>VIA FACSIMILE TO:</u>  (217) 329-0034

Mr. Jon D. Robinson
Bolen, Robinson & Ellis, LLP
202 South Franklin
2nd Floor
Decatur, Illinois  62523

  Re: *Estate of Amon Paul Carlock, Jr. v. Sangamon County Sheriff's Dept., et al.*
    *Case No.:  3:08-cv-03075*

Dear Jon:

  You called me on Wednesday, July 30, 2008, and asked if I have any objection to your filing a Second Amended Complaint in the above-referenced case. Please be advised that I have no such objection and am agreeable for you to proceed to file a Second Amended Complaint in the matter.

       Very truly yours,

       HINSHAW & CULBERTSON LLP

       D. Bradley Blodgett
       bblodgett@hinshawlaw.com

DBB:kb

60176609v1 884755

Arizona  California  Florida  Illinois  Indiana  Massachusetts  Minnesota  Missouri  New York  Oregon  Rhode Island  Wisconsin