UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ESTATE OF AMON PAUL CARLOCK, JR., Deceased, by Mary L. Andreatta-Carlock, Executor,<br><br>Plaintiff,<br><br>v.<br><br>NEIL WILLIAMSON, AS SHERIFF OF SANGAMON COUNTY; ANTHONY SACCO, CHIEF DEPUTY; TERRY DURR, JAIL SUPERINTENDENT; RON BECKNER, ADMINISTRATOR OF SANGAMON COUNTY JAIL; LT. CANDACE CAIN; LT. TAMMY POWELL; OFFICER TODD GUY; OFFICER KEVIN FURLONG; OFFICER AMBER GREEN; OFFICER KIRBY; LEE ANNE BRAURER, R.N.; SGT. GUY BOUVET; OFFICER WATKINS; OFFICER AARON CONARD; OFFICER STEVE BENINATO; NURSE WEST AND NURSE LUCY RAMSEY,<br><br>Defendants. | Case No.: 3:08-cv-03075<br><br>Judge: Jeanne E. Scott<br><br>Magistrate Judge Charles H. Evans |

### MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT

NOW COME the present Defendants, NEIL WILLIAMSON, AS SHERIFF OF SANGAMON COUNTY; ANTHONY SACCO, CHIEF DEPUTY; RON BECKNER, ADMINISTRATOR OF SANGAMON COUNTY JAIL; LT. CANDACE CAIN; LT. TAMMY POWELL; OFFICER TODD GUY; OFFICER KEVIN FURLONG; OFFICER AMBER GREEN; OFFICER KIRBY and LEE ANNE BRAURER, R.N., by and through their attorneys, Hinshaw & Culbertson LLP, and submit their Memorandum of Law in support of their Motion for Extension of Time to Respond to Plaintiff's Second Amended Complaint as follows:

Local Rule 6.1 provides for motions for extension of time. It provides the motion must be filed before the original deadline, and must state whether opposing counsel has objection to the motion.

Rule 15(a)(3) of the Federal Rules of Civil Procedure provide that unless the Court orders otherwise, any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within ten (10) days after service of the amended pleading, whichever is later.

Because there is no time left to respond to the previous pleading, a response is required within ten (10) days of the filing of the Second Amended Complaint or August 26, 2008.

There are ten (10) Defendants named in the First Amended Complaint who have now been repleaded against in the Second Amended Complaint. New counts and new facts are pleaded against the Defendants. Counsel for the Defendants must meet with them again to go over the allegations of the Second Amended Complaint in order to respond appropriately for them. Ten days is an insufficient period time in which to meet with the Defendants, and then to prepare appropriate written responses on their behalf to the Second Amended Complaint.

This Motion for Extension of Time is filed before the original deadline.

The attorneys for the Plaintiff do not oppose this Motion.

WHEREFORE, it is respectfully submitted that the interests of justice would be served allowing the Motion of the Defendants to be granted to and including September 1, 2008, to respond to the Plaintiff's Second Amended Complaint.

60177136v1  884755  13302

Respectfully submitted,

/s/ D. Bradley Blodgett
D. Bradley Blodgett
Blodgett Attorney Bar No. 0231134
E-mail: bblodgett@hinshawlaw.com
Andrew M. Ramage
E-mail: aramage@hinshawlaw.com
J. William Roberts
E-mail: broberts@hinshawlaw.com
Hinshaw & Culbertson LLP
400 South Ninth Street
Suite 200
Springfield, IL 62701
Telephone: 217-528-7375
Facsimile: 217-528-0075
Attorneys for Defendants NEIL
WILLIAMSON, AS SHERIFF OF
SANGAMON COUNTY; ANTHONY
SACCO, CHIEF DEPUTY; RON
BECKNER, ADMINISTRATOR OF
SANGAMON COUNTY JAIL; LT.
CANDACE CAIN; LT. TAMMY POWELL;
OFFICER TODD GUY; OFFICER KEVIN
FURLONG; OFFICER AMBER GREEN;
OFFICER KIRBY; LEE ANNE BRAURER,
R.N.

60177136v1 884755 13302

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2008, I caused to be electronically filed the foregoing Memorandum of Law in Support of Defendants' Motion for Extension of Time to Respond to Second Amended Complaint with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

**Jon D Robinson**          Email: jrobinson@brelaw.com

**Sharon D Elvidge Kelley**  Email: shalaw@ameritech.net

and I hereby certify that on August 21, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

**NONE**

/s/ D. Bradley Blodgett
D. Bradley Blodgett
Blodgett Attorney Bar No. 0231134
E-mail: bblodgett@hinshawlaw.com
Andrew M. Ramage
E-mail: aramage@hinshawlaw.com
J. William Roberts
E-mail: broberts@hinshawlaw.com
Hinshaw & Culbertson LLP
400 South Ninth Street
Suite 200
Springfield, IL 62701
Telephone: 217-528-7375
Facsimile: 217-528-0075
Attorneys for Defendants NEIL WILLIAMSON, AS SHERIFF OF SANGAMON COUNTY; ANTHONY SACCO, CHIEF DEPUTY; RON BECKNER, ADMINISTRATOR OF SANGAMON COUNTY JAIL; LT. CANDACE CAIN; LT. TAMMY POWELL; OFFICER TODD GUY; OFFICER KEVIN FURLONG; OFFICER AMBER GREEN; OFFICER KIRBY; LEE ANNE BRAURER, R.N.

60177136v1 884755 13302