UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

ESTATE OF AMON PAUL CARLOCK, JR., )
Deceased, by Mary L. Andreatta-Carlock, )
Executor, )
)
    Plaintiff, )   Case No.: 3:08-cv-03075
)
v. )   Judge: Jeanne E. Scott
)
NEIL WILLIAMSON, AS SHERIFF OF )   Magistrate Judge: Charles H. Evans
SANGAMON COUNTY; ANTHONY SACCO, )
CHIEF DEPUTY; TERRY DURR, JAIL )
SUPERINTENDENT; RON BECKNER, )
ADMINISTRATOR OF SANGAMON )
COUNTY JAIL; LT. CANDACE CAIN; LT. )
TAMMY POWELL; OFFICER TODD GUY; )
OFFICER KEVIN FURLONG; OFFICER )
AMBER GREEN; OFFICER KIRBY; LEE )
ANNE BRAURER, R.N.; SGT. GUY )
BOUVET; OFFICER WATKINS; OFFICER )
AARON CONARD; OFFICER STEVE )
BENINATO; NURSE WEST AND NURSE )
LUCY RAMSEY, )
)
    Defendants. )

## MOTIONS TO DISMISS COUNTS VI, VII AND VIII OF THE SECOND AMENDED COMPLAINT

### COUNT VI

NOW COMES the Defendants, NEIL WILLIAMSON, AS SHERIFF OF SANGAMON COUNTY, and OFFICER KEVIN FURLONG, by and through their attorneys, Hinshaw & Culbertson LLP, and move to dismiss Count VI pleaded against them pursuant to the provisions of Rule 12(b)(6) of the Federal Rules of Civil Procedure.

### COUNT VII

NOW ALSO COME the Defendants, NEIL WILLIAMSON, AS SHERIFF OF SANGAMON COUNTY; ANTHONY SACCO, CHIEF DEPUTY; RON BECKNER, ADMINISTRATOR OF SANGAMON COUNTY JAIL; LT. CANDACE CAIN; OFFICER

60177399v1 884755 13302

TODD GUY; OFFICER KEVIN FURLONG; OFFICER AMBER GREEN; LT. TAMMY POWELL; OFFICER JOHN KIRBY; and LEE ANN BRAUER, and move to dismiss Count VII pleaded against them pursuant to the provisions of Rule 12(b)(6) of the Federal Rules of Civil Procedure.

## COUNT VIII

NOW ALSO COME the Defendants, NEIL WILLIAMSON, AS SHERIFF OF SANGAMON COUNTY; ANTHONY SACCO, CHIEF DEPUTY; and RON BECKNER, ADMINISTRATOR OF SANGAMON COUNTY JAIL, and move to dismiss Count VIII pleaded against them pursuant to the provisions of Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Pursuant to the provisions of Local Rule 7.1 of the Local Rules of the United States District Court for the Central District of Illinois, a Memorandum of Law is submitted in support of this Motion on behalf of the moving Defendants.

60177399v1  884755  13302

Respectfully submitted,

/s/ D. Bradley Blodgett
Blodgett Attorney Bar No. 0231134
E-mail: bblodgett@hinshawlaw.com
Andrew M. Ramage
E-mail: aramage@hinshawlaw.com
J. William Roberts
E-mail: broberts@hinshawlaw.com
Hinshaw & Culbertson LLP
400 South Ninth Street
Suite 200
Springfield, IL 62701
Telephone: 217-528-7375
Facsimile: 217-528-0075
Attorneys for Defendants NEIL
WILLIAMSON, AS SHERIFF OF
SANGAMON COUNTY; ANTHONY
SACCO, CHIEF DEPUTY; RON
BECKNER, ADMINISTRATOR OF
SANGAMON COUNTY JAIL; LT.
CANDACE CAIN; LT. TAMMY POWELL;
OFFICER TODD GUY; OFFICER KEVIN
FURLONG; OFFICER AMBER GREEN;
OFFICER KIRBY; LEE ANNE BRAURER,
R.N.

60177399v1 884755 13302

# CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2008, I caused to be electronically filed the foregoing Motions to Dismiss Counts VI, VII and VIII of the Second Amended Complaint with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

**Jon D Robinson**               Email: jrobinson@brelaw.com

**Sharon D Elvidge Kelley**      Email: shalaw@ameritech.net

and I hereby certify that on September 2, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

**NONE**

/s/ D. Bradley Blodgett
D. Bradley Blodgett
Blodgett Attorney Bar No. 0231134
E-mail: bblodgett@hinshawlaw.com
Andrew M. Ramage
E-mail: aramage@hinshawlaw.com
J. William Roberts
E-mail: broberts@hinshawlaw.com
Hinshaw & Culbertson LLP
400 South Ninth Street
Suite 200
Springfield, IL 62701
Telephone: 217-528-7375
Facsimile: 217-528-0075
Attorneys for Defendants NEIL WILLIAMSON, AS SHERIFF OF SANGAMON COUNTY; ANTHONY SACCO, CHIEF DEPUTY; RON BECKNER, ADMINISTRATOR OF SANGAMON COUNTY JAIL; LT. CANDACE CAIN; LT. TAMMY POWELL; OFFICER TODD GUY; OFFICER KEVIN FURLONG; OFFICER AMBER GREEN; OFFICER KIRBY; LEE ANNE BRAURER, R.N.

60177399v1 884755 13302