**E-FILED**
Monday, 03 August, 2009  03:51:50 PM
Clerk, U.S. District Court, ILCD

**ACGME Program Requirements for Graduate Medical Education
in Psychiatry**

*Common Program Requirements are in BOLD*

*Effective: July 1, 2007*

## Introduction

A.   Definition of the Specialty

Psychiatry is a medical specialty focused on the prevention, diagnosis, and treatment of mental, addictive, and emotional disorders. An approved residency program in psychiatry is designed to ensure that its graduates are able to render effective professional care to psychiatric patients. The graduates will possess sound clinical judgment, requisite skills, and a high order of knowledge about the diagnosis, treatment, and prevention of all psychiatric disorders, together with other common medical and neurological disorders that relate to the practice of psychiatry, Graduates must have a keen awareness of their own strengths and limitations, and recognize the necessity for continuing their own professional development.

B.   Duration and Scope of Education

1.   Admission Requirements

Physicians may enter psychiatry programs at either the first-year or second-year postgraduate level. Physicians entering at the second-year postgraduate level must document successful completion of a clinical year of education in an ACGME-accredited specialty requiring comprehensive and continuous patient care, such as a program in internal medicine, family medicine, pediatrics, or transitional year program. For physicians entering at the PG-2 level after completion of such a program, the PG-1 year may be credited toward the 48-month requirement.

2.   Length of the Program

a)   Residency education in psychiatry requires 48 months, of which twelve months may be completed in an ACGME-accredited child and adolescent psychiatry program. Although residency is best completed on a full-time basis; part-time training at no less than half time is permissible to accommodate residents with personal commitments (e.g., child care).

b)    A program may petition the residency review committee to alter the length of education beyond these minimum requirements by presenting a clear educational rationale consistent with the program requirements. The program director must obtain the approval of the sponsoring institution and the Review Committee prior to implementation and at each subsequent review of the program.

c)    Prior to entry into the program, each resident must be notified in writing of the required length of education for which the program is accredited. The required length of education for a particular resident may not be changed during his or her program without mutual agreement, unless there is a break in education or the resident requires remedial education.

d)    Programs should meet all of the Program Requirements of Residency Education in Psychiatry. Under rare and unusual circumstances, one- or two-year programs may be approved, even though they do not meet the above requirements for psychiatry. Such one- or two-year programs will be approved only if they provide some highly specialized educational and/or research program. These programs may provide an alternative specialized year or two of training, but do not provide complete residency education in psychiatry. The traditional program time and the specialized program must ensure that residents will complete the didactic and clinical requirements outlined in the program requirements.

e)    Electives should enrich the educational experience of residents in conformity to their needs, interest, and/or future professional plans. Electives must have written goals and objectives, and must be well constructed, purposeful, and lead to effective learning experiences. The choice of electives must be made with the advice and approval of the program director and the appropriate preceptor.

   (1)    The Review Committee encourages programs to identify residents who may be interested in academic psychiatry by introducing subspecialty education and research electives early in the residency program. This will provide an opportunity for education in general psychiatry, and exposure to a psychiatry fellowship (e.g., geriatric psychiatry) through electives.

Psychiatry 2

(2)     All such electives must demonstrate compliance with the requirements in general psychiatry, and be submitted to the committee prior to implementation for review and approval. Submissions must also outline the educational curriculum necessary to meet the requirements of general psychiatry and how elective education will be structured to prepare the resident for subspecialty education. Prior to entry into the program, residents must be informed in writing that all general psychiatry requirements must be met prior to graduation.

3.    First Year of Education

The program director of the psychiatry residency program must monitor performance and maintain personal contact with residents during the first postgraduate-year while they are on services other than psychiatry. A first postgraduate-year in psychiatry should include:

a)    a minimum of four-months in a primary care clinical setting that provides comprehensive and continuous patient care in specialties such as internal medicine, family medicine, and/or pediatrics. Neurology rotations may not be used to fulfill this four-month requirement. One month of this requirement may be fulfilled by either an emergency medicine or intensive care rotation, provided the experience is predominantly with medical evaluation and treatment and not surgical procedures, and

b)    no more than eight months in psychiatry.

## I.   Institutions

### A.   Sponsoring Institution

**One sponsoring institution must assume ultimate responsibility for the program, as described in the Institutional Requirements, and this responsibility extends to resident assignments at all participating sites.**

**The sponsoring institution and the program must ensure that the program director has sufficient protected time and financial support for his or her educational and administrative responsibilities to the program.**

Psychiatry 3