IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

ESTATE OF AMON PAUL CARLOCK, JR., )
deceased, by MARY L. ANDREATTA-   )
CARLOCK, Executor,                )
                                  )
            Plaintiff,            )
                                  )
     vs.                          )   Case No. 08-3075
                                  )
NEIL WILLIAMSON, as Sheriff of    )
Sangamon County; ANTHONY SACCO,   )
Chief Deputy; TERRY DURR,         )
Jail Superintendent; LT. RON BECKNER, )
Administrator of Sangamon County Jail; )
LT. CANDACE CAIN; LT. TAMMY       )
POWELL; SGT. TODD GUY; CO KEVIN   )
FURLONG; NURSE LEE ANNE BRAUER,   )
R.N.; NURSE NIECEY WEST, LPN;     )
NURSE LUCY RAMSEY, LPN;           )
JOSEPH MAURER, M.D.;              )
CHAUNCEY C. MAHER III, M.D. and   )
SANGAMON COUNTY,                  )
                                  )
            Defendants.           )

**DEFENDANT CHAUNCEY MAHER, III, M.D.'S
RESPONSE TO PLAINTIFF'S MOTION FOR SANCTIONS
FOR SPOLIATION OF EVIDENCE**

NOW COMES, Defendant Chauncey C. Maher, III, M.D. by his attorneys, QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO, and for his Response to the Plaintiff's Motion for Sanctions for Spoliation of Evidence file on October 6, 2010, states as follows:

1. Defendant Maher has had no control over any of the evidence described in the Plaintiff's Motion.

2. Plaintiff's Motion is directed against other Defendants other than Defendant Maher.

WHEREFORE, Chauncey Maher, III, M.D. requests that if this court enters any sanction with respect to the Plaintiff's Motion, that such sanctions specify that it does not apply to Defendant Chauncey Maher, III, M.D.

CHAUNCEY C. MAHER III, M.D., Defendant

By:       s/Matthew J. Maddox
      Matthew J. Maddox
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO

Matthew J. Maddox (Illinois Bar No. 6185870)
Peter R. Jennetten (Illinois Bar No. 6237377)
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
227 N.E. Jefferson Street
Peoria, IL  61602-1211
Telephone:  (309) 674-1133
Facsimile:  (309) 674-6503
E-mail:  mmaddox@qjhpc.com
E-mail:  pjennetten@qjhpc.com
I:\QuinnSprgFileRestore\2\Federal\Carlock v. Maher 102 949 163\Response to Plaintiff's Motion for Sanctions.wpd

**CERTIFICATE OF SERVICE**

I hereby certify that on **October 11, 2010**, I electronically filed this **DEFENDANT CHAUNCEY MAHER, III, M.D.'S RESPONSE TO PLAINTIFF'S MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Jon D. Robinson | *Attorneys for Plaintiff* |
| Bolen Robinson & Ellis LLP | |
| 202 S. Franklin | |
| 2nd Floor | |
| Decatur, IL  62523 | |
| Telephone:  (217) 428-4689 | |
| Facsimile:  (217) 329-0034 | |
| E-mail:  jrobinson@brelaw.com | |
| | |
| Sharon D. Elvidge-Kelley | *Attorneys for Plaintiff* |
| Elvidge-Kelley & Schmidt | |
| 217 E. Monroe St. | |
| Suite 102 | |
| Springfield, IL  62701 | |
| Telephone:  (217) 535-1000 | |
| Facsimile:  (217) 535-1055 | |
| E-mail:  shalaw@ameritech.net | |
| | |
| Andrew M. Ramage | *Attorneys for Sangamon County* |
| D. Bradley Blodgett | *Defendants* |
| Geri Lynn Arrindell | |
| Garth C. K. Madison | |
| Hinshaw & Culbertson LLP | |
| 400 S. Ninth St. | |
| Suite 200 | |
| Springfield, IL  62701 | |
| Telephone:  (217) 528-7375 | |
| Facsimile:  (217) 528-0075 | |
| E-mail:  aramage@hinshawlaw.com | |
| E-mail:  bblodgett@hinshawlaw.com | |
| E-mail:  garrindell@hinshawlaw.com | |
| E-mail:  gmadison@hinshawlaw.com | |

Ronald J. Stone  *Attorneys for Todd Guy*
Stratton, Giganti, Stone, Moran & Radkey
725 S. Fourth St.
Springfield, IL  62703
Telephone:  (217) 528-2183
Facsimile:  (217) 528-1874
E-mail:  Rstone@stratton-law.com

David L. Drake  *Attorneys for Joseph Maurer, M.D.*
Christian D. Biswell
Drake, Narup & Mead, P.C.
107 E. Allen St.
Springfield, IL  62704
Telephone:  (217) 528-9776
Facsimile:  (217) 528-9401
E-mail:  drake@dnmpc.com
E-mail:  biswell@dnmpc.com

Eric Long  *Attorneys for FBI (Interested Party)*
U.S. Attorney's Office
318 S. Sixth St.
Springfield, IL  62701
Telephone:  (217) 492-4450
Facsimile:  (217) 492-4512
E-mail:  jim.lewis2@usdoj.gov


        *s/Matthew J. Maddox*
        Matthew J. Maddox (Illinois Bar No. 6185870)
        QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
        227 N.E. Jefferson Street
        Peoria, IL  61602-1211
        Telephone:  (309) 674-1133
        Facsimile:  (309) 674-6503
        E-mail: mmaddox@qjhpc.com