UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ESTATE OF AMON PAUL CARLOCK, JR., Deceased, by Mary L. Andreatta-Carlock, Executor,<br><br>        Plaintiff,<br><br>v.<br><br>NEIL WILLIAMSON, AS SHERIFF OF SANGAMON COUNTY; ANTHONY SACCO, CHIEF DEPUTY; TERRY DURR, JAIL SUPERINTENDENT; WILLIAM STRAYER, ASSISTANT JAIL SUPERINTENDENT; LT. RON BECKNER, ADMINISTRATOR OF SANGAMON COUNTY JAIL; LT. CANDACE CAIN; LT. TAMMY POWELL; SGT. TODD GUY; CO KEVIN FURLONG; NURSE LEE ANNE BRAUER, R.N.; NURSE NIECEY WEST, L.P.N.; NURSE LUCY RAMSEY, L.P.N.; JOSEPH MAURER, M.D.; CHAUNCEY C. MAHER, III, M.D. and SANGAMON COUNTY,<br><br>        Defendants. | Case No.: 3:08-cv-03075-SEM-DGB<br><br>Judge:  Sue E. Myerscough |

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED and agreed by and between the parties hereto, by their respective attorneys, that the above-captioned case be dismissed in its entirety, with prejudice and without cost to any party, all claims among the parties having been compromised and settled.

IT IS FURTHER STIPULATED AND AGREED that said dismissal shall be a bar to the bringing of any action based on or including any claim for which this action has been or could have been brought.

130938700v1 0884755

By s/Sharon D. Elvidge Kelley
Sharon D. Elvidge Kelley
ELVIDGE KELLEY LAW OFFICE
938 South 4th Street
Springfield, Illinois 62703
Telephone: 217-535-1000
Fax: 217-535-1055
E-mail: sha@shakelleylaw.com

By: s/Jon D. Robinson
BOLEN ROBINSON & ELLIS, LLP
202 South Franklin, 2nd Floor
Decatur, Illinois 62523
Telephone: 217-429-4296
Fax: 217-329-0034
E-mail: jrobinson@brelaw.com

**Attorneys for Plaintiffs, Estate of Amon Paul Carlock, Jr., Deceased, by Mary L. Andreatta-Carlock, Executor,**

By: s/William P. Hardy
Email: whardy@hinshawlaw.com
Hinshaw & Culbertson LLP
400 South Ninth Street, Suite 200
Springfield, IL 62701
Telephone: 217-528-7375
Facsimile: 217-528-0075

**Attorneys for Defendants, Neil Williamson, Anthony Sacco, Terry Durr, William Strayer, Lt. Ron Beckner, Lt. Candace Cain, Lt. Tammy Powell, Co Kevin Furlong, Nurse Lee Anne Brauer, R.N., Nurse Niecy West, L.P.N., Nurse Lucy Ramsey, L.P.N. and Sangamon County**

s/ Ronald J. Stone
Ronald J. Stone
Stratton, Giganti, Stone, Moran & Radkey
725 South Fourth Street
Springfield, Illinois   62703
Telephone: (217) 528-2183
Facsimile:  (217) 528-1874
Email: rstone@stratton-law.com

**Attorneys for Defendant, Todd Guy**

By: s/Christian D. Biswell
Christian D. Biswell,
biswell@dnmpc.com
DRAKE, NARUP & MEAD, P.C.
107 East Allen Street
Springfield, Illinois 62704
Phone: (217)528-9776
Fax: (217)528-9401

**Attorneys for Defendant, Joseph Maurer, M.D.**

By: s/Matthew J. Maddox
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
mmaddox@qjhpc.com
400 South Ninth Street
Springfield, IL 62701
Telephone: (309) 674-1133
Facsimile: (309) 674-6503
E-mail: mmaddox@qjhpc.com

**Attorneys for Defendant, Dr. Chauncey C. Maher, M.D.**

2

130938700v1 0884755

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2014, I caused to be electronically filed the foregoing Stipulation for Dismissal with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

| | |
|---|---|
| **Jon D. Robinson** | Email: jrobinson@brelaw.com |
| **Sharon D. Elvidge Kelley** | Email: shalaw@ameritech.net |
| **Matthew J. Maddox** | Email: mmaddox@qihpc.com |
| **Ronald J. Stone** | Email: Rstone@stratton-law.com |
| **Christian D. Biswell** | Email: biswell@dnmpc.com |
| **David L. Drake** | Email: drake@dnmpc.com |

and I hereby certify that I mailed by United States Postal Service, the document(s) to the following non-registered participants: **NONE**

> s/ William P. Hardy
> William P. Hardy
> Email: whardy@hinshawlaw.com
> Hinshaw & Culbertson LLP
> 400 South Ninth Street, Suite 200
> Springfield, IL 62701
> Telephone: 217-528-7375
> Facsimile: 217-528-0075

130938700v1 0884755